| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
American Berber, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
58-2312584

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 Thomas Street**<br>**Calhoun, GA 30703**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Gordon**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **American Berber, Inc.** _____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **American Berber, Inc.**  Case number (*if known*) _____
Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br>**Where is the property?**  _____<br>                                Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>        Contact name  _____<br>        Phone  _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |
| 14. **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **American Berber, Inc.**     Case number (*if known*) _____
    Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2019**
                       MM / DD / YYYY

**X /s/ Howard Johnson**                        **Howard Johnson**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

**X /s/ Cameron M. McCord**                  Date **May 16, 2019**
Signature of attorney for debtor                     MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**21 Eighth Street, NE**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone    **404-564-9300**      Email address    **info@joneswalden.com**

**143065 GA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **American Berber, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADD-BAC**<br>1001 Riverbend Road<br>Dalton, GA 30722 | | | | | | $102,876.54 |
| **Auto Plus Auto Parts**<br>424 S Wall St<br>Calhoun, GA 30701 | | | | | | $629.34 |
| **Barr Credit Services**<br>5151 E Broadway Blvd<br>Suite 800<br>Tucson, AZ 85711 | | | | | | $750.00 |
| **Calhoun LP Gas**<br>1600 Hwy 41 South, SE<br>Calhoun, GA 30701 | | | | | | $875.58 |
| **Carpet Capital Fire Protection**<br>PO Box 3325<br>Dalton, GA 30719 | | | | | | $2,109.00 |
| **D & W Paper Tube Inc**<br>PO Box 1484<br>245 Duvall Road<br>Chatsworth, GA 30705 | | | | | | $2,499.00 |
| **First Source Worldwide, LLC**<br>1524 S Commerical St<br>Neenah, WI 54956 | | | | | | $19,932.49 |
| **Freight Lines - Various**<br>Various | | | | | | $12,864.71 |
| **Georgia Machine**<br>145 Gee Road<br>Calhoun, GA 30701 | | | | | | $4,465.00 |

Debtor **American Berber, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grady Stafford**<br>**PO Box 907**<br>**Resaca, GA 30735** | | | | | | $1,152.00 |
| **Greenville Colorants**<br>**90 Patterson Street**<br>**New Brunswick, NJ 08901** | | | | | | $4,106.85 |
| **Holston Gases**<br>**380 Hollywood Drive**<br>**Dalton, GA 30721** | | | | | | $581.97 |
| **Joseph Farless**<br>**7586 Nelson Spur Road**<br>**Hixson, TN 37343** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $5,000,000.00 |
| **Metal Crafters**<br>**PO Box 451**<br>**50 Pannell Drive**<br>**Chatsworth, GA 30705** | | | | | | $9,685.98 |
| **Morgan Lee Supply**<br>**2590 Abutment Road**<br>**Dalton, GA 30721** | | | | | | $2,533.47 |
| **Oerilkon**<br>**8801 South Boulevard**<br>**Charlotte, NC 28273** | | | | | | $11,768.83 |
| **Phoenix Chemical Company LLC**<br>**202 Gee Street**<br>**Calhoun, GA 30701** | | | | | | $3,235.20 |
| **Santek Waste Services**<br>**PO Box 180600**<br>**Chattanooga, TN 37406** | | | | | | $585.96 |
| **Techmer PM Polymer Modifiers**<br>**PO Box 741651**<br>**Atlanta, GA 30374** | | | | | | $2,920.32 |
| **Whitfield Electric Motor Sales**<br>**926 East Morris Street**<br>**Dalton, GA 30721** | | | | | | $12,598.84 |

.

ADD-BAC
1001 Riverbend Road
Dalton, GA 30722

Auto Plus Auto Parts
424 S Wall St
Calhoun, GA 30701

Barr Credit Services
5151 E Broadway Blvd
Suite 800
Tucson, AZ 85711

Bill Smitherman CPA LTD
706 S Thornton Ave
Suite A
Dalton, GA 30720

Calhoun LP Gas
1600 Hwy 41 South, SE
Calhoun, GA 30701

Calhoun Wholesale Supply
200 West Line Street
Calhoun, GA 30701

Carpet Capital Fire Protection
PO Box 3325
Dalton, GA 30719

Caylor Industrial Sales, Inc
PO Box 4659
Dalton, GA 30719

Chambliss Bahner & Stophel PC
605 Chetnut Street
Liberty Tower, Suite 1700
Chattanooga, TN 37450

Christopher Carr
Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334


D & W Paper Tube Inc
PO Box 1484
245 Duvall Road
Chatsworth, GA 30705


Fastenal
145 Marine Drive SE
Calhoun, GA 30701


First Source Worldwide, LLC
1524 S Commerical St
Neenah, WI 54956


Freight Lines - Various
Various


Georgia Department of Labor
Mark Butler
148 Andew Young Int. Ste 900
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3205


Georgia Machine
145 Gee Road
Calhoun, GA 30701


Grady Stafford
PO Box 907
Resaca, GA 30735

Greenville Colorants
90 Patterson Street
New Brunswick, NJ 08901


Gregory Kinnamon
P.O. Box 6178
Dalton, GA 30722


Holston Gases
380 Hollywood Drive
Dalton, GA 30721


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308


Joseph Farless
7586 Nelson Spur Road
Hixson, TN 37343


Metal Crafters
PO Box 451
50 Pannell Drive
Chatsworth, GA 30705


Michael Johnston


Mitchell Smith

```
Morgan Lee Supply
2590 Abutment Road
Dalton, GA 30721



Motion Industries
305 Lakeland Road SE
Dalton, GA 30721



Oerilkon
8801 South Boulevard
Charlotte, NC 28273



Office of the US Trustee
75 Ted Turner Drive SW
Room 362
Atlanta, GA 30303



Phoenix Chemical Company LLC
202 Gee Street
Calhoun, GA 30701



Rockholt Equipment Inc
PO Box 873
Dalton, GA 30722



Santek Waste Services
PO Box 180600
Chattanooga, TN 37406



Secretary of the Treasury
15th & Pennsylvania Ave, NW
Washington, DC 20200



Techmer PM Polymer Modifiers
PO Box 741651
Atlanta, GA 30374
```

```
Timothy Gibbons
605 Chestnust Street Suite 170
Liberty Tower
Chattanooga, TN 37450



U.S.  Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350



U.S. Attorney
600 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303



United States Postal Service
PO Box Fee Payment
Calhoun, GA 30701



UPS
PO Box 7247-0244
Philadelphia, PA 19170



Waycaster & Allred
P.O. Box 628
Dalton, GA 30722



Whitfield Electric Motor Sales
926 East Morris Street
Dalton, GA 30721



Xpress Paper & Chemical LLC
PO Box 804
Calhoun, GA 30703
```

# United States Bankruptcy Court
## Northern District of Georgia

In re: **American Berber, Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Berber, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Howard Johnson
100 Thomas Street
Calhoun, GA 30703

☐ None [*Check if applicable*]

May 16, 2019
Date

/s/ Cameron M. McCord
**Cameron M. McCord 143065**
Signature of Attorney or Litigant
Counsel for **American Berber, Inc.**
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309
404-564-9300 Fax:404-564-9301
info@joneswalden.com