**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:

**AMERICAN BERBER, INC.**

        **Debtor.**

**CHAPTER 11**

**CASE NO. 19-41154-bem**

### AMENDMENT TO SCHEDULES

COMES NOW American Berber, Inc., Debtor in the above-styled Chapter 11 Bankruptcy Case and amends its Schedule E/F, and Creditor Mailing Matrix, and respectfully shows the Court as follows:

Schedules E/F. Debtor hereby substitutes Schedules E/F which are attached hereto in lieu of any such schedules previously filed.

Summary of Schedules. Debtor hereby substitutes Summary of Assets and Liabilities which is attached hereto in lieu of any such summary previously filed.

Creditor Address Matrix. Debtor hereby substitutes the Creditor Address Matrix to include the following:

Braun's Express
10 Tandem Way
Hopedale, MA 01747

Mayer
P.O. Box 896537
Charlotte, NC 28289

ProGlobal Products LLC
P.O. Box 1432
Dalton, GA 30722

Watkins & Shepard Trucking Inc
P.O. Box 775413
Chicago, IL 60677

Delta Distribution
5633 52nd Street SE
Grand Rapids, MI 49512

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135

Thomas Mathis
213 Cabin Creek Ct
Woodstock, GA 30189

Xpress Global Systems
P.O. Box 24628
Chattanooga, TN 37421

Except as expressly amended herein, all information set forth in the Debtor's Petition, Schedules, and Statement of Financial Affairs remains true and correct and is adopted herein.

RESPECTFULLY SUBMITTED this 24th day of July, 2019.

**JONES & WALDEN, LLC**

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300 Telephone
cmccord@joneswalden.com
Attorney for Debtor

**Fill in this information to identify the case:**

Debtor name  **American Berber, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **19-41154**

■ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................ $       **1,694,357.37**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................. $       **1,694,357.37**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $       **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $       **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$       **5,228,503.94**

4.   **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b                                                                                         $       **5,228,503.94**

**Fill in this information to identify the case:**

Debtor name     **American Berber, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA

Case number (if known)     **19-41154**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | **Christopher Carr** | $0.00 | $0.00 |
| | **Attorney General of Georgia** | | |
| | **40 Capitol Square SW** | | |
| | **Atlanta, GA 30334** | | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | | |
| | **Georgia Department of Labor** | $0.00 | $0.00 |
| | **Mark Butler** | | |
| | **148 Andew Young Int. Ste 900** | | |
| | **Atlanta, GA 30303** | | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    35745                    Best Case Bankruptcy

| Debtor | American Berber, Inc. | Case number (if known) | 19-41154 |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address

**Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**U.S. Attorney
600 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**        **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **American Berber, Inc.** | Case number *(if known)* | **19-41154** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,876.54 |
|---|---|---|---|

**ADD-BAC**
**1001 Riverbend Road**
**Dalton, GA 30722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $629.34 |
|---|---|---|---|

**Auto Plus Auto Parts**
**424 S Wall St**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Barr Credit Services**
**5151 E Broadway Blvd**
**Suite 800**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Bill Smitherman CPA LTD**
**706 S Thornton Ave**
**Suite A**
**Dalton, GA 30720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.32 |
|---|---|---|---|

**Braun's Express**
**10 Tandem Way**
**Hopedale, MA 01747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $875.58 |
|---|---|---|---|

**Calhoun LP Gas**
**1600 Hwy 41 South, SE**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.83 |
|---|---|---|---|

**Calhoun Wholesale Supply**
**200 West Line Street**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Berber, Inc.** | Case number (*if known*) | **19-41154** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,109.00 |
|---|---|---|---|

**Carpet Capital Fire Protection**
**PO Box 3325**
**Dalton, GA 30719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269.21 |
|---|---|---|---|

**Caylor Industrial Sales, Inc**
**PO Box 4659**
**Dalton, GA 30719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chambliss Bahner & Stophel PC**
**605 Chetnut Street**
**Liberty Tower, Suite 1700**
**Chattanooga, TN 37450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  For Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,499.00 |
|---|---|---|---|

**D & W Paper Tube Inc**
**PO Box 1484**
**245 Duvall Road**
**Chatsworth, GA 30705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.26 |
|---|---|---|---|

**Delta Distribution**
**5633 52nd Street SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.46 |
|---|---|---|---|

**Fastenal**
**145 Marine Drive SE**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,932.49 |
|---|---|---|---|

**First Source Worldwide, LLC**
**1524 S Commerical St**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **American Berber, Inc.** | Case number (if known) | **19-41154** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,864.71 |
|---|---|---|---|
| | **Freight Lines - Various** | ☐ Contingent | |
| | **Various** | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,465.00 |
|---|---|---|---|
| | **Georgia Machine** | ☐ Contingent | |
| | **145 Gee Road** | ☐ Unliquidated | |
| | **Calhoun, GA 30701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.00 |
|---|---|---|---|
| | **Grady Stafford** | ☐ Contingent | |
| | **PO Box 907** | ☐ Unliquidated | |
| | **Resaca, GA 30735** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,106.85 |
|---|---|---|---|
| | **Greenville Colorants** | ☐ Contingent | |
| | **90 Patterson Street** | ☐ Unliquidated | |
| | **New Brunswick, NJ 08901** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $581.97 |
|---|---|---|---|
| | **Holston Gases** | ☐ Contingent | |
| | **380 Hollywood Drive** | ☐ Unliquidated | |
| | **Dalton, GA 30721** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|
| | **Joseph Farless** | ■ Contingent | |
| | **7586 Nelson Spur Road** | ☐ Unliquidated | |
| | **Hixson, TN 37343** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,639.29 |
|---|---|---|---|
| | **Mayer** | ☐ Contingent | |
| | **P.O. Box 896537** | ☐ Unliquidated | |
| | **Charlotte, NC 28289** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Berber, Inc.** | Case number (if known) | **19-41154** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,235.60** |
|---|---|---|---|

**McMaster-Carr Supply Company**
**1901 Riverside Parkway**
**Douglasville, GA 30135**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,685.98** |
|---|---|---|---|

**Metal Crafters**
**PO Box 451**
**50 Pannell Drive**
**Chatsworth, GA 30705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$252.00** |
|---|---|---|---|

**Michael Johnston**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mitchell Smith**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,533.47** |
|---|---|---|---|

**Morgan Lee Supply**
**2590 Abutment Road**
**Dalton, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98.26** |
|---|---|---|---|

**Motion Industries**
**305 Lakeland Road SE**
**Dalton, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,768.83** |
|---|---|---|---|

**Oerlikon**
**8801 South Boulevard**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Berber, Inc. | Case number (if known) | 19-41154 |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Office of the US Trustee**
**75 Ted Turner Drive SW**
**Room 362**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __For Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,235.20

**Phoenix Chemical Company LLC**
**202 Gee Street**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,690.92

**ProGlobal Products LLC**
**P.O. Box 1432**
**Dalton, GA 30722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.20

**Rockholt Equipment Inc**
**PO Box 873**
**Dalton, GA 30722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.96

**Santek Waste Services**
**PO Box 180600**
**Chattanooga, TN 37406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Secretary of the Treasury**
**15th & Pennsylvania Ave, NW**
**Washington, DC 20200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,920.32

**Techmer PM Polymer Modifiers**
**PO Box 741651**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Berber, Inc.** | Case number (if known) | **19-41154** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,692.32** |
|---|---|---|---|

**Thomas Mathis**
**213 Cabin Creek Ct**
**Woodstock, GA 30189**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234.00** |
|---|---|---|---|

**United States Postal Service**
**PO Box Fee Payment**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$455.00** |
|---|---|---|---|

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143.79** |
|---|---|---|---|

**Watkins & Shepard Trucking Inc**
**P.O. Box 775413**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,598.84** |
|---|---|---|---|

**Whitfield Electric Motor Sales**
**926 East Morris Street**
**Dalton, GA 30721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$696.36** |
|---|---|---|---|

**Xpress Global Systems**
**P.O. Box 24628**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$508.04** |
|---|---|---|---|

**Xpress Paper & Chemical LLC**
**PO Box 804**
**Calhoun, GA 30703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **American Berber, Inc.** | Case number (if known) | **19-41154** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gregory Kinnamon**<br>**P.O. Box 6178**<br>**Dalton, GA 30722** | Line  **3.25**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Timothy Gibbons**<br>**605 Chestnust Street Suite 170**<br>**Liberty Tower**<br>**Chattanooga, TN 37450** | Line  **3.20**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Waycaster & Allred**<br>**P.O. Box 628**<br>**Dalton, GA 30722** | Line  **3.25**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  **0.00** |
| 5b. Total claims from Part 2 | 5b.  + | $  **5,228,503.94** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **5,228,503.94** |

```
ADD-BAC
1001 Riverbend Road
Dalton, GA 30722


American Carpet Group, Inc.
100 Thomas St
Calhoun, GA 30701


Auto Plus Auto Parts
424 S Wall St
Calhoun, GA 30701


Barr Credit Services
5151 E Broadway Blvd
Suite 800
Tucson, AZ 85711


Bill Smitherman CPA LTD
706 S Thornton Ave
Suite A
Dalton, GA 30720


Braun's Express
10 Tandem Way
Hopedale, MA 01747


Calhoun LP Gas
1600 Hwy 41 South, SE
Calhoun, GA 30701


Calhoun Wholesale Supply
200 West Line Street
Calhoun, GA 30701


Carpet Capital Fire Protection
PO Box 3325
Dalton, GA 30719
```

Caylor Industrial Sales, Inc
PO Box 4659
Dalton, GA 30719


Chambliss Bahner & Stophel PC
605 Chetnut Street
Liberty Tower, Suite 1700
Chattanooga, TN 37450


Christopher Carr
Attorney General of Georgia
40 Capitol Square SW
Atlanta, GA 30334


D & W Paper Tube Inc
PO Box 1484
245 Duvall Road
Chatsworth, GA 30705


Delta Distribution
5633 52nd Street SE
Grand Rapids, MI 49512


Fastenal
145 Marine Drive SE
Calhoun, GA 30701


First Source Worldwide, LLC
1524 S Commerical St
Neenah, WI 54956


Freight Lines - Various
Various


Georgia Department of Labor
Mark Butler
148 Andew Young Int. Ste 900
Atlanta, GA 30303

Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 9100
Atlanta, GA 30345-3205


Georgia Machine
145 Gee Road
Calhoun, GA 30701


Grady Stafford
PO Box 907
Resaca, GA 30735


Greenville Colorants
90 Patterson Street
New Brunswick, NJ 08901


Gregory Kinnamon
P.O. Box 6178
Dalton, GA 30722


Holston Gases
380 Hollywood Drive
Dalton, GA 30721


Howard Johnson
100 Thomas Street
Calhoun, GA 30703


Internal Revenue Service
Central Insolvency Office
401 W. Peachtree St., NW
Atlanta, GA 30308


Joseph Farless
7586 Nelson Spur Road
Hixson, TN 37343

Mayer
P.O. Box 896537
Charlotte, NC 28289


McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135


Metal Crafters
PO Box 451
50 Pannell Drive
Chatsworth, GA 30705


Michael Johnston


Mitchell Smith


Morgan Lee Supply
2590 Abutment Road
Dalton, GA 30721


Motion Industries
305 Lakeland Road SE
Dalton, GA 30721


Oerilkon
8801 South Boulevard
Charlotte, NC 28273


Office of the US Trustee
75 Ted Turner Drive SW
Room 362
Atlanta, GA 30303

Phoenix Chemical Company LLC
202 Gee Street
Calhoun, GA 30701


ProGlobal Products LLC
P.O. Box 1432
Dalton, GA 30722


Rockholt Equipment Inc
PO Box 873
Dalton, GA 30722


Santek Waste Services
PO Box 180600
Chattanooga, TN 37406


Secretary of the Treasury
15th & Pennsylvania Ave, NW
Washington, DC 20200


Techmer PM Polymer Modifiers
PO Box 741651
Atlanta, GA 30374


Thomas Mathis
213 Cabin Creek Ct
Woodstock, GA 30189


Timothy Gibbons
605 Chestnust Street Suite 170
Liberty Tower
Chattanooga, TN 37450


U.S.  Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350

```
U.S. Attorney
600 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


United States Postal Service
PO Box Fee Payment
Calhoun, GA 30701


UPS
PO Box 7247-0244
Philadelphia, PA 19170


Watkins & Shepard Trucking Inc
P.O. Box 775413
Chicago, IL 60677


Waycaster & Allred
P.O. Box 628
Dalton, GA 30722


Whitfield Electric Motor Sales
926 East Morris Street
Dalton, GA 30721


Xpress Global Systems
P.O. Box 24628
Chattanooga, TN 37421


Xpress Paper & Chemical LLC
PO Box 804
Calhoun, GA 30703
```

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.


Date: July 23, 2019                                    American Berber, Inc.


                                                       */s/ Howard Johnson*
                                                       Howard Johnson, CEO

**Supplemental Matrix**

Braun's Express
10 Tandem Way
Hopedale, MA 01747

Delta Distribution
5633 52nd Street SE
Grand Rapids, MI 49512

Mayer
P.O. Box 896537
Charlotte, NC 28289

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135

ProGlobal Products LLC
P.O. Box 1432
Dalton, GA 30722

Thomas Mathis
213 Cabin Creek Ct
Woodstock, GA 30189

Watkins & Shepard Trucking Inc
P.O. Box 775413
Chicago, IL 60677

Xpress Global Systems
P.O. Box 24628
Chattanooga, TN 37421

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **AMERICAN BERBER, INC.** | **CASE NO. 19-41154-bem** |
| **Debtor.** | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Amendment* via First Class Mail by placing same in a properly addressed envelope with adequate postage affixed thereon to the parties referenced below:

Braun's Express
10 Tandem Way
Hopedale, MA 01747

Delta Distribution
5633 52nd Street SE
Grand Rapids, MI 49512

Mayer
P.O. Box 896537
Charlotte, NC 28289

McMaster-Carr Supply Company
1901 Riverside Parkway
Douglasville, GA 30135

ProGlobal Products LLC
P.O. Box 1432
Dalton, GA 30722

Thomas Mathis
213 Cabin Creek Ct
Woodstock, GA 30189

Watkins & Shepard Trucking Inc
P.O. Box 775413
Chicago, IL 60677

Xpress Global Systems
P.O. Box 24628
Chattanooga, TN 37421

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

This 24th day of July, 2019.

**JONES & WALDEN, LLC**
/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
21 Eighth Street, NE, Atlanta, Georgia 30309
(404) 564-9300 Telephone
cmccord@joneswalden.com