**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>**AMERICAN BERBER, INC.,**[1]<br><br>　　　　**Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-41154-BEM** |

**FIRST MODIFICATION TO PLAN OF REORGANIZATION**

COME NOW American Berber, Inc. and American Carpet Group, Inc. as substantively consolidated by order of this Court (collectively "Debtor"), debtor and debtor in possession in the above-captioned case, and file this *First Modification to Plan of Reorganization* (this "Modification"). In support of the Modification, Debtor shows the Court as follows:

**Background**

1.　　On May 16, 2019, Debtor American Berber, Inc. commenced this voluntary case by the filing of petition for relief under Chapter 11 of the Bankruptcy Code.[2]

2.　　On October 12, 2020, Debtor filed its "Disclosure Statement for Plan of Reorganization" (the "Disclosure Statement") (Doc. No. 112) and its "Plan of Reorganization" (the "Plan") (Doc. No. 113).

3.　　Debtor hereby modifies the Plan in accordance with § 1127(a) of Chapter 11 of Title 11 of the United States Code. The changes do not materially or adversely affect the rights of any parties in interest which have not had notice and an opportunity to be heard with regard thereto.

---

[1] By order dated August 28, 2019, the Court substantively consolidated the cases of American Berber, Inc, Case No. 19-41154-BEM, and American Carpet Group, Inc., Case No. 19-41150. *See* Case No. 19-41154, Doc No. 63; Case No. 19-41150, Doc. No. 35.

[2] Debtor American Carpet Group, Inc. filed its voluntary petition on May 15, 2019, thus creating its bankruptcy estate on that date.

4.      Article 6, Section 6.2 of the Plan is amended as to add the following:

In addition to funding payments pursuant to the Plan through the operation of the Business and any recovery under the pending adversary proceeding against James Mitchell Smith, Howard E. Johnson will contribute $8,000.00 per month as additional funding of the Plan through and including December 2024. Howard E. Johnson will fund his contributory payments through rents collected for the lease of 100 Thomas Street, Calhoun Georgia 30701, a real property wholly owned by Howard E. Johnson free of any liens or encumbrances.

5.      Except as expressly set forth in this Modification, all terms and provisions of the

Plan remain in full force and effect.

Submitted this 14th day of January, 2021.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Attorneys for Debtor
699 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com

**AMERICAN BERBER, INC.**, both in its own name and as successor by substantive consolidation to American Carpet Group, Inc.

By:  */s/ Howard Johnson*
Name:  Howard Johnson
Title: Owner

2

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

IN RE:

**AMERICAN BERBER, INC.,**

　　　　**Debtor.**

**CHAPTER 11**

**CASE NO. 19-41154-BEM**

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on the date indicated below, the foregoing was electronically filed using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the pleading to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Matthew R. Brooks**　matthew.brooks@troutmansanders.com
- **Timothy M. Gibbons**　tgibbons@chamblisslaw.com, jgranillo@chamblisslaw.com
- **Michael D. Hurtt**　hurttnotices@windstream.net;hurttecfnotices@gmail.com; G17451@notify.cincompass.com
- **David W. Johnson**　david@hurttlaw.com, david.johnson8@gmail.com; G17451@notify.cincompass.com
- **Lindsay P. S. Kolba**　lindsay.p.kolba@usdoj.gov
- **Vanessa A. Leo**　ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
- **Jeffrey W. Maddux**　jmaddux@chamblisslaw.com, lthreadgill@chamblisslaw.com; mculp@chamblisslaw.com;sbarham@chamblisslaw.com;gfairbanks@chamblisslaw.com; ttucker@chamblisslaw.com
- **Martin P. Ochs**　martin.p.ochs@usdoj.gov
- **Office of the United States Trustee**　ustpregion21.at.ecf@usdoj.gov
- **Thomas D. Richardson**　TRichardson@Brinson-Askew.com, Tdr82454@gmail.com
- **Matthew G. Roberts**　matthew.roberts2@troutman.com
- **Stuart Freeman Wilson-Patton**　agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov

This 14th day of January, 2021.

　　　　　　　　**JONES & WALDEN LLC**
　　　　　　　　*/s/ Cameron M. McCord*
　　　　　　　　Cameron M. McCord
　　　　　　　　Georgia Bar No. 143065
　　　　　　　　Attorneys for Debtor
　　　　　　　　699 Piedmont Avenue, NE
　　　　　　　　Atlanta, Georgia 30308
　　　　　　　　(404) 564-9300
　　　　　　　　cmccord@joneswalden.com