

**IT IS ORDERED as set forth below:**

**Date: February 25, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN BERBER, INC., and | ) | Case No. 19-41154-bem |
| | ) | |
| AMERICAN CARPET GROUP, INC., | ) | Case No. 19-41150-bem |
| | ) | |
| Debtors. | ) | Jointly Administered under |
| | ) | Case No. 19-41154-bem |

## CONSENT ORDER APPOINTING AN EXAMINER

On November 17, 2020 the United States Trustee filed a Motion to Appoint Trustee or Examiner (the "Motion")[Docket No. 119].  On December 10, 2020, Briefs in Support of the Motion were filed by James Mitchell Smith [Docket No. 121] and Joseph Farless [Docket No. 122]. On December 15, 2020 American Berber, Inc., by and through its counsel filed a Response in Opposition to the Motion.  The matter was set for an Evidentiary Hearing before the Court on January 28, 2021 [Docket No. 136].  Prior to the Evidentiary Hearing the parties stipulated and consented to entry of an Order appointing an Examiner as evidenced by their signatures below. Now therefore, IT IS HEREBY

**ORDERED** that the Motion is Granted and the United States Trustee is directed to appoint a person to serve as examiner in these cases; and

**ORDERED** that the United States Trustee shall file an application to approve the appointment of the person selected as examiner in accordance with the provisions of Fed. R. Bankr. P. 2007.1(c); and

**ORDERED** that the Debtors cooperate with any examiner appointed by this Court under Fed. R. Bankr. P. 2007.1(c) in the performance of the examiner's duties set forth in 11 U.S.C. §1106(b).

The Clerk of the Bankruptcy Court is hereby directed to serve this order upon the debtors, all creditors of the debtors, and all parties in interest, as well as those persons who have filed a request for notices in this case.

**[END OF DOCUMENT]**

Order prepared by:
_____/s/_____
Vanessa A. Leo, GBN: 410598
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
Vanessa.A.Leo@usdoj.gov

Consented to by:
___/s/_____
Thomas D. Richardson, GBN 604313
Counsel for James Mitchell Smith
Brinson, Askew, Berry, et al
P. O. Box 5007
Rom e, GA 30162-5007
(706) 291-8853
TRichardson@Brinson-Askew.com

Consented to by:

___/s/_____
David W. Johnson, GBN 940310
Counsel for Rogers Finishing, LLC dba Add Bac, Inc.
Hurtt & Johnson, LLC
P. O. Box 1304
Dalton, GA 30722-1304
(706) 226-5425
david@hurttlaw.com

Consented to by:
_/s/_____
Cameron M. McCord, GBN 143065
Counsel for the Debtor
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com

Consented to by:
_____/s/_____
Timothy M. Gibbons, GBN 292584
Counsel for Joseph Farless
Chambliss, Bahner & Stophel, PC
Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
(423) 757-0265
tgibbons@chamblisslaw.com

**DISTRIBUTION LIST**

American Berber, Inc.
P.O. Box 430
Calhoun, GA 30703

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Thomas D. Richardson
Brinson, Askew, Berry, et al
P. O. Box 5007
Rome, GA 30162-5007

Timothy M. Gibbons
Chambliss, Bahner & Stophel, PC
Suite 1700
605 Chestnut Street
Chattanooga, TN 37450

David W. Johnson
Hurtt & Johnson, LLC
P. O. Box 1304
Dalton, GA 30722-1304

Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303