**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN BERBER, INC., and | ) | Case No.  19-41154-bem |
| | ) | |
| AMERICAN CARPET GROUP, INC., | ) | Case No. 19-41150-bem |
| | ) | |
| Debtors. | ) | Jointly Administered under |
| | ) | Case No. 19-41154-bem |

**NOTICE OF APPOINTMENT OF EXAMINER**

Pursuant to the order of this Court entered February 25, 2021 (Dkt. No. 147) directing the United States Trustee to appoint an examiner in the above-captioned case, the United States Trustee for Region 21 hereby appoints the following person to serve as the examiner for the purposes set forth in the order:

**Gary Murphey**
3330 Cumberland Blvd.
Suite 500
Atlanta, GA  30330
Tel:  770-933-6855
Email: Murphey@RFSLimited.com

This appointment is made on February 25, 2021.

**NANCY J. GARGULA**
**UNITED STATES TRUSTEE**
**REGION 21**

By:   /s/  *Vanessa A. Leo*
Vanessa A. Leo, GBN: 410598
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Tel. (404) 331-4437
Vanessa.A.Leo@usdoj.gov