**IT IS ORDERED as set forth below:**



**Date: February 25, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AMERICAN BERBER, INC., and | ) | Case No. 19-41154-bem |
| | ) | |
| AMERICAN CARPET GROUP, INC., | ) | Case No. 19-41150-bem |
| | ) | |
| Debtors. | ) | Jointly Administered under |
| | ) | Case No. 19-41154-bem |

**CONSENT ORDER APPOINTING AN EXAMINER**

On November 17, 2020 the United States Trustee filed a Motion to Appoint Trustee or Examiner (the "Motion")[Docket No. 119]. On December 10, 2020, Briefs in Support of the Motion were filed by James Mitchell Smith [Docket No. 121] and Joseph Farless [Docket No. 122]. On December 15, 2020 American Berber, Inc., by and through its counsel filed a Response in Opposition to the Motion. The matter was set for an Evidentiary Hearing before the Court on January 28, 2021 [Docket No. 136]. Prior to the Evidentiary Hearing the parties stipulated and consented to entry of an Order appointing an Examiner as evidenced by their signatures below. Now therefore, IT IS HEREBY

**ORDERED** that the Motion is Granted and the United States Trustee is directed to appoint a person to serve as examiner in these cases; and

**ORDERED** that the United States Trustee shall file an application to approve the appointment of the person selected as examiner in accordance with the provisions of Fed. R. Bankr. P. 2007.1(c); and

**ORDERED** that the Debtors cooperate with any examiner appointed by this Court under Fed. R. Bankr. P. 2007.1(c) in the performance of the examiner's duties set forth in 11 U.S.C. §1106(b).

The Clerk of the Bankruptcy Court is hereby directed to serve this order upon the debtors, all creditors of the debtors, and all parties in interest, as well as those persons who have filed a request for notices in this case.

**[END OF DOCUMENT]**

Order prepared by:
    /s/
Vanessa A. Leo, GBN: 410598
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
Vanessa.A.Leo@usdoj.gov

Consented to by:
   /s/
Thomas D. Richardson, GBN 604313
Counsel for James Mitchell Smith
Brinson, Askew, Berry, et al
P. O. Box 5007
Rom e, GA 30162-5007
(706) 291-8853
TRichardson@Brinson-Askew.com

Consented to by:
   /s/
David W. Johnson, GBN 940310
Counsel for Rogers Finishing, LLC dba Add Bac, Inc.
Hurtt & Johnson, LLC
P. O. Box 1304
Dalton, GA 30722-1304
(706) 226-5425
david@hurttlaw.com

Consented to by:
   /s/
Cameron M. McCord, GBN 143065
Counsel for the Debtor
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
cmccord@joneswalden.com

Consented to by:
   /s/
Timothy M. Gibbons, GBN 292584
Counsel for Joseph Farless
Chambliss, Bahner & Stophel, PC
Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
(423) 757-0265
tgibbons@chamblisslaw.com

## DISTRIBUTION LIST

American Berber, Inc.
P.O. Box 430
Calhoun, GA 30703

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Thomas D. Richardson
Brinson, Askew, Berry, et al
P. O. Box 5007
Rome, GA 30162-5007


Timothy M. Gibbons
Chambliss, Bahner & Stophel, PC
Suite 1700
605 Chestnut Street
Chattanooga, TN 37450


David W. Johnson
Hurtt & Johnson, LLC
P. O. Box 1304
Dalton, GA 30722-1304


Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 19-41154-bem
American Berber, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6     User: bennettm     Page 1 of 4
Date Rcvd: Feb 25, 2021     Form ID: pdf418     Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | American Berber, Inc., PO Box 430, Calhoun, GA 30703-0430 |
| | + | Cameron M. McCord, Jones & Walden, LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308-1400 |
| | | David W. Johnson, Hurtt & Johnson, LLC, P. O. Box 1304, Dalton, GA 30722-1304 |
| spc | + | Jesse Vaughn, 109 West Hicks Street, Calhoun, GA 30701-2235 |
| cr | | Joseph Farless, Hixson, TN 37343 |
| | | Thomas D. Richardson, Brinson, Askew, Berry, et al, P. O. Box 5007, Rome, GA 30162-5007 |
| | + | Timothy M. Gibbons Chambliss,, Bahner & Stophel, PC, Suite 1700, 605 Chestnut Street, Chattanooga, TN 37450-0019 |
| | + | Vanessa A. Leo, Office of the US Trustee, 362 Richard Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303-3330 |
| 22342936 | + | ADD-BAC, PO Box 665, Dalton, GA 30722-0665 |
| 22342937 | + | Auto Plus Auto Parts, 424 S Wall St, Calhoun, GA 30701-2432 |
| 22373753 | + | Averitt Express, PO Box 3166, Cookeville TN 38502-3166 |
| 22342938 | #+ | Barr Credit Services, 5151 E Broadway Blvd, Suite 800, Tucson, AZ 85711-3775 |
| 22342939 | + | Bill Smitherman CPA LTD, 706 S Thornton Ave, Suite A, Dalton, GA 30720-8212 |
| 22492453 | + | Braun's Express, 10 Tandem Way, Hopedale, MA 01747-1544 |
| 22342940 | + | Calhoun LP Gas, 1600 Hwy 41 South, SE, Calhoun, GA 30701-3621 |
| 22342941 | + | Calhoun Wholesale Supply, 200 West Line Street, Calhoun, GA 30701-1816 |
| 22504212 | + | Camden Flooring Co., 1300 Route 38, Cherry Hill, NJ 08002-2863 |
| 22342942 | + | Carpet Capital Fire Protection, PO Box 3325, Dalton, GA 30719-0325 |
| 22342943 | + | Caylor Industrial Sales, Inc, PO Box 4659, Dalton, GA 30719-1659 |
| 22342944 | + | Chambliss Bahner & Stophel PC, 605 Chetnut Street, Liberty Tower, Suite 1700, Chattanooga, TN 37450-0003 |
| 22342945 | + | Christopher Carr, Attorney General of Georgia, 40 Capitol Square SW, Atlanta, GA 30334-9057 |
| 22342946 | + | D & W Paper Tube Inc, PO Box 1484, 245 Duvall Road, Chatsworth, GA 30705-2066 |
| 22492454 | + | Delta Distribution, 5633 52nd Street SE, Grand Rapids, MI 49512-9600 |
| 22503202 | + | FILPA USA, Inc., Beth E. Rogers, 100 Peachtree Street, Suite 1950, Atlanta, GA 30303-1919 |
| 22342947 | + | Fastenal, 145 Marine Drive SE, Calhoun, GA 30701-3689 |
| 22342948 | + | First Source Worldwide, LLC, 1524 S Commerical St, Neenah, WI 54956-4999 |
| 22342950 | + | Georgia Department of Labor, Mark Butler, 148 Andew Young Int. Ste 900, Atlanta, GA 30303-1733 |
| 22342952 | + | Georgia Machine, 145 Gee Road, Calhoun, GA 30701-8808 |
| 22515613 | + | Georgia Power Company, c/o Thomas R. Walker, FisherBroyles, LLP, 945 East Paces Ferry Rd., NE, Suite 2000, Atlanta, GA 30326-1374 |
| 22342953 | + | Grady Stafford, PO Box 907, Resaca, GA 30735-0907 |
| 22342954 | + | Greenville Colorants, 90 Patterson Street, New Brunswick, NJ 08901-2109 |
| 22342955 | + | Gregory Kinnamon, P.O. Box 6178, Dalton, GA 30722-6178 |
| 22425019 | + | H&H Sales Inc., dba Morgan Lee Supply, David Houston, 2590 Abutment Rd., Dalton, GA 30721-4884 |
| 22342956 | + | Holston Gases, 380 Hollywood Drive, Dalton, GA 30721-9022 |
| 22342959 | + | Joseph Farless, 7586 Nelson Spur Road, Hixson, TN 37343-1892 |
| 22504154 | + | Lawson Electric Co., Inc., Attn: Treena Hixon, 409 Spring Street, Chattanooga, TN 37405-3848 |
| 22468477 | + | Marketing Alliance Group Inc., c/o Barr Credit Services, Suite 800, 5151 E. Broadway Blvd., Tucson AZ 85711-3775 |
| 22492455 | + | Mayer, P.O. Box 896537, Charlotte, NC 28289-6537 |
| 22342960 | + | Metal Crafters, PO Box 451, 50 Pannell Drive, Chatsworth, GA 30705-0451 |
| 22443902 | + | Metal Crafters AG, Inc., PO Box 451, Chatsworth, GA 30705-0451 |
| 22342963 | + | Morgan Lee Supply, 2590 Abutment Road, Dalton, GA 30721-4884 |
| 22342964 | #+ | Motion Industries, 305 Lakeland Road SE, Dalton, GA 30721-1958 |

| District/off: 113E-6 | User: bennettm | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf418 | Total Noticed: 76 |

| | | |
|---|---|---|
| 22342965 | + | Oerilkon, 8801 South Boulevard, Charlotte, NC 28273-6931 |
| 22424970 | + | Osterman Propane LLC, PO Box 29, Whitinsville, MA 01588-0029 |
| 22761646 | + | Polymer Solutions Group Finance, LLC, d/b/a Phoenix Chemical Company, Matthew G. Roberts, 600 Peachtree St, NE Ste 3000, Atlanta, GA 30308-2305 |
| 22463101 | + | ProGlobal Products LLC, Coface North America Insurance Company, 650 College Road East, Suite 2005, Princeton, NJ 08540-6779 |
| 22492457 | + | ProGlobal Products LLC, P.O. Box 1432, Dalton, GA 30722-1432 |
| 22386912 |   | Robert G. McCurry, 402 N. Selvidge Street, Dalton, GA 30720-3127 |
| 22342968 | + | Rockholt Equipment Inc, PO Box 873, Dalton, GA 30722-0873 |
| 22342969 | + | Santek Waste Services, PO Box 180600, Chattanooga, TN 37406-7600 |
| 22342970 |   | Secretary of the Treasury, 15th & Pennsylvania Ave, NW, Washington, DC 20200 |
| 22594934 | + | TN Dept of Labor - Bureau of Unemployment Ins, c/o TN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, Tennessee 37202-4015 |
| 22342971 | + | Techmer PM Polymer Modifiers, PO Box 741651, Atlanta, GA 30374-1651 |
| 22386913 |   | The McCurry Law Firm, LLC, 402 N. Selvidge Street, Dalton, GA 30720-3127 |
| 22492458 | + | Thomas Mathis, 213 Cabin Creek Ct, Woodstock, GA 30189-2528 |
| 22342972 | + | Timothy Gibbons, 605 Chestnust Street Suite 170, Liberty Tower, Chattanooga, TN 37450-0014 |
| 22512759 | + | Tom Mathis, c/o Michael D. Hurtt, Hurtt & Johnson, LLC, PO Box 1304, Dalton, GA 30722-1304 |
| 22342973 | + | U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20350-0001 |
| 22342975 |   | United States Postal Service, PO Box Fee Payment, Calhoun, GA 30701 |
| 22364630 | + | W.W. Grainger, Inc., 401 S Wright Rd W43.C37, Janesville WI 53546-8729 |
| 22492459 | + | Watkins & Shepard Trucking Inc., P.O. Box 775413, Chicago, IL 60677-5413 |
| 22342977 | + | Waycaster & Allred, P.O. Box 628, Dalton, GA 30722-0628 |
| 22342979 | + | Xpress Paper & Chemical LLC, PO Box 804, Calhoun, GA 30703-0804 |
| 22478944 | + | eShipping LLC, 10812 NW Hwy 45, Parkville, MO 64152-3112 |

TOTAL: 64

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 22342978 | | Email/Text: whitfieldelectric@optilink.us | Feb 25 2021 20:09:00 | Whitfield Electric Motor Sales, 926 East Morris Street, Dalton, GA 30721 |
| 22501982 | + | Email/Text: legal@fastenal.com | Feb 25 2021 20:10:00 | Fastenal Company, 2001 Theurer Blvd., Winona, MN 55987-9902 |
| 22342951 | | Email/Text: brnotices@dor.ga.gov | Feb 25 2021 20:10:00 | Georgia Department of Revenue, Compliance Division, 1800 Century Blvd, Ste 9100, Atlanta, GA 30345-3205 |
| 22342958 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2021 20:10:00 | Internal Revenue Service, Central Insolvency Office, 401 W. Peachtree St., NW, Atlanta, GA 30308 |
| 22492456 | + | Email/Text: 4payment@correspondence.mcmaster.com | Feb 25 2021 20:12:00 | McMaster-Carr Supply Company, 1901 Riverside Parkway, Douglasville, GA 30135-3150 |
| 22342966 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Feb 25 2021 20:11:00 | Office of the US Trustee, 75 Ted Turner Drive SW, Room 362, Atlanta, GA 30303-3330 |
| 22496917 | + | Email/Text: legalcollections@sefl.com | Feb 25 2021 20:11:00 | Southeastern Freight Lines, PO Box 1691, Columbia, SC 29202-1691 |
| 22504211 | + | Email/Text: skudatzky@comcast.net | Feb 25 2021 20:12:00 | Steven Kudatzky, 8000 Sagemore Drive, Suite 8302, Sagemore Corporate Center, Marlton, NJ 08053-3941 |
| 22342974 | + | Email/Text: usagan.bk@usdoj.gov | Feb 25 2021 20:11:00 | U.S. Attorney, 600 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 22342976 | + | Email/Text: bankruptcy@ups.com | Feb 25 2021 20:13:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 22345186 | | Email/Text: usagan.bk@usdoj.gov | Feb 25 2021 20:11:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 22492460 | + | Email/Text: sknight@xgsi.com | Feb 25 2021 20:12:00 | Xpress Global Systems, P.O. Box 24628, Chattanooga, TN 37422-4628 |

| District/off: 113E-6 | User: bennettm | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf418 | Total Noticed: 76 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22342949 | | Freight Lines - Various, Various |
| 22342961 | | Michael Johnston |
| 22342962 | | Mitchell Smith |
| | *+ | American Berber, Inc., P.O. Box 430, Calhoun, GA 30703-0430 |
| 22342957 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 22342967 | ##+ | Phoenix Chemical Company LLC, 202 Gee Street, Calhoun, GA 30701-8807 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cameron M. McCord | on behalf of Plaintiff American Berber  Inc. cmccord@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden.com;lbrown@joneswalden.com;lpineyro@joneswalden.com |
| Cameron M. McCord | on behalf of Debtor American Carpet Group  Inc. cmccord@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden.com;lbrown@joneswalden.com;lpineyro@joneswalden.com |
| Cameron M. McCord | on behalf of Plaintiff Howard Johnson cmccord@joneswalden.com jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden.com;lbrown@joneswalden.com;lpineyro@joneswalden.com |
| Cameron M. McCord | on behalf of Debtor American Berber  Inc. cmccord@joneswalden.com, jwdistribution@joneswalden.com;ljones@joneswalden.com;ahirsch@joneswalden.com;cparker@joneswalden.com;lbrown@joneswalden.com;lpineyro@joneswalden.com |
| David W. Johnson | on behalf of Creditor Rogers Finishing  LLC dba Add Bac, Inc. david@hurttlaw.com, david.johnson8@gmail.com;G17451@notify.cincompass.com |
| David W. Johnson | on behalf of Creditor Tom Mathis david@hurttlaw.com  david.johnson8@gmail.com;G17451@notify.cincompass.com |
| Jeffrey W. Maddux | on behalf of Creditor Joseph Farless jmaddux@chamblisslaw.com lthreadgill@chamblisslaw.com;mculp@chamblisslaw.com;sbarham@chamblisslaw.com;gfairbanks@chamblisslaw.com;ttucker@chamblisslaw.com;gchambers@chamblisslaw.com;cgarrett@chamblisslaw.com |
| Leon S. Jones | on behalf of Debtor American Berber  Inc. ljones@joneswalden.com, |

| | |
|---|---|
| | jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;arich@joneswalden.com;ewooden@joneswalden.com |
| Lindsay P. S. Kolba | on behalf of U.S. Trustee Office of the United States Trustee lindsay.p.kolba@usdoj.gov |
| Martin P. Ochs | on behalf of U.S. Trustee Office of the United States Trustee martin.p.ochs@usdoj.gov |
| Matthew G. Roberts | on behalf of Creditor Polymer Solutions Group Finance  LLC matthew.roberts2@troutman.com |
| Matthew J. Tokajer | on behalf of Debtor American Berber  Inc. , jwdistribution@joneswalden.com;ljones@joneswalden.com |
| Matthew R. Brooks | on behalf of Creditor Polymer Solutions Group Finance  LLC matthew.brooks@troutmansanders.com |
| Michael D. Hurtt | on behalf of Creditor Tom Mathis hurttnotices@windstream.net;hurttecfnotices@gmail.com;G17451@notify.cincompass.com |
| Michael D. Hurtt | on behalf of Creditor Rogers Finishing  LLC dba Add Bac, Inc. hurttnotices@windstream.net;hurttecfnotices@gmail.com;G17451@notify.cincompass.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Stuart Freeman Wilson-Patton | on behalf of Creditor TN Dept of Labor - Bureau of Unemployment Insurance agbankgeorgia@ag.tn.gov Stuart.Wilson-Patton@ag.tn.gov |
| Thomas D. Richardson | on behalf of Creditor James Mitchell Smith TRichardson@Brinson-Askew.com  Tdr82454@gmail.com |
| Thomas D. Richardson | on behalf of Defendant James Mitchell Smith TRichardson@Brinson-Askew.com  Tdr82454@gmail.com |
| Thomas T. McClendon | on behalf of Plaintiff American Berber  Inc. tmcclendon@joneswalden.com, jwdistribution@joneswalden.com |
| Thomas T. McClendon | on behalf of Plaintiff Howard Johnson tmcclendon@joneswalden.com  jwdistribution@joneswalden.com |
| Timothy M. Gibbons | on behalf of Creditor Joseph Farless tgibbons@chamblisslaw.com  jgranillo@chamblisslaw.com |
| Timothy M. Gibbons | on behalf of Creditor Joseph Farless tgibbons@chamblisslaw.com  jgranillo@chamblisslaw.com |
| Vanessa A. Leo | on behalf of U.S. Trustee Office of the United States Trustee ustpregion21.at.ecf@usdoj.gov  Vanessa.A.Leo@usdoj.gov |

TOTAL: 24