## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **AMERICAN BERBER, INC., and** | ) | **Case No.  19-41154-bem** |
| | ) | |
| **AMERICAN CARPET GROUP, INC.,** | ) | **Case No.  19-41150-bem** |
| | ) | |
| *Debtors*. | ) | **(Substantively consolidated and** |
| | ) | **jointly administered under** |
| | ) | **Case No. 19-41154-bem** |

## APPLICATION OF GARY MURPHEY AS EXAMINER TO
## EMPLOY BURR & FORMAN LLP AS COUNSEL

**COMES NOW** Gary Murphey ("Examiner") as examiner in the above-captioned cases and files this Application for entry of an order authorizing the Examiner to retain and employ Burr & Forman LLP ("Applicant") as counsel in connection with the above-captioned cases, showing the Court as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are Section 327(a) and 1104 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### BACKGROUND

2.     On May 16, 2019 (the "Petition Date"), American Berber, Inc. and American Carpet Group, Inc. filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Cases").

45157301 v3

3.      On August 29, 2019, the Court entered its *Order Substantively Consolidating Debtor American Carpet Group, Inc. With Debtor American Berber, Inc.* (Doc. No. 63), which was amended subsequently by that certain *Amended Order Substantively Consolidating Debtor American Carpet Group, Inc. With Debtor American Berber, Inc.* (Doc. No. 66).

4.      On October 12, 2020, the Debtors filed their *Disclosure Statement for Plan of Reorganization* and *Plan of Reorganization* (Doc. Nos. 112 and 113, respectively), as amended subsequently by the *Supplement to Disclosure Statement for Plan of Reorganization for American Berber, Inc.* and *First Modification to Plan of Reorganization* (Doc. Nos. 139 and 140, respectively).

5.      On February 25, 2021, the Court entered its *Consent Order Appointing Examiner* (Doc. No. 147) (the "Examiner Order").

6.      On February 25, 2021, the United States Trustee for Region 21 (the "U.S. Trustee") filed an application to approve the appointment of Gary Murphey as examiner in these Cases (Doc. No. 149).

7.      On February 26, 2021, the Court entered an order approving the appointment of Gary Murphey as examiner (Doc. No. 150).

**RELIEF REQUESTED**

8.      By this Application, pursuant to sections 327(a) and 1104 of the Bankruptcy Code, the Examiner seeks to employ and retain Applicant as his counsel.

**BASIS FOR RELIEF REQUESTED**

9.      The Examiner respectfully submits that it is necessary and appropriate for it to employ and retain Applicant to provide, among other things, the following services:

a. Advise the Examiner with respect to his rights, duties and powers in the Cases, including his rights and duties under the Examiner Order;

b. Represent the Examiner at all hearings and other proceedings; and

c. Preparation of pleadings, motions, and conducting examinations incidental to the Examiner's duties.

10. The Examiner wishes to employ Applicant as his counsel in these Cases. Applicant possesses extensive knowledge and experience in this area, and is well qualified to represent the Examiner in these Cases. Applicant has previously served as counsel to Debtors, Chapter 11 trustees, and Official Committees of Unsecured Creditors.

11. The Applicant's attorney who will be primarily responsible for representing the Examiner in these Cases is Erich N. Durlacher. Applicant and its partners and associates have knowledge and experience in this area and are well qualified to represent the Examiner in these Cases. Applicant has significant experience in the investigation of potential causes of action, including the investigation and pursuit of avoidance actions under applicable state law and section 548 of the Bankruptcy Code. Applicant also has significant experience investigating and pursuing a bankruptcy debtor's assets.

12. Pursuant to Federal Rule of Bankruptcy Procedure 2014, attached as **Exhibit "A"** is the Declaration of Erich N. Durlacher (the "Durlacher Declaration"). Applicant has had no connection with the Debtors, its creditors, any party in interest, the Bankruptcy Judge presiding in these Cases, U.S. Trustee, or any person employed in the Office of the U.S. Trustee other than as disclosed in the Durlacher Declaration.

13. The Examiner is informed and believes that Applicant does not hold or represent any interest adverse to the estate, that Applicant is a disinterested person, as defined in 11 U.S.C.

§ 101(14) and required by 11 U.S.C. § 327(a), with respect to the matters upon which it is engaged, and that its appointment is in the best interest of the estate, creditors, and parties in interest.

14.    The Examiner submits that the proposed employment of Applicant is not prohibited or improper under Federal Rule of Bankruptcy Procedure 5002.

15.    Applicant proposes that it be compensated for its services at hourly rates that are discounted of Applicant's current, standard rates, together with reimbursement of its actual and necessary expenses.  A schedule of the hourly rates for the attorneys who will have primary responsibility for this matter is attached as **Exhibit "B"**.  The rates set forth in Exhibit B are inclusive of the discount.  In addition to the bankruptcy and creditors' rights lawyers named in Exhibit B, it may be necessary, during the course of these Cases, for other professionals employed by the Applicant in other legal disciplines to provide services for the Examiner.

## NOTICE

16.    Notice of this Application has been provided to the United States Trustee, any lenders with an interest in all or substantially all of the Debtor's assets, parties that have filed a notice of appearance, and the twenty largest unsecured creditors according to the Debtor's Official Form 204, by filing the Application using the Court's CM/ECF system and mailing a copy as detailed on the attached Certificate of Service.  In light of the nature of the relief requested, the Examiner submits that no further notice is necessary.

## CONCLUSION

**WHEREFORE**, the Examiner prays that the Court enter an order approving his employment of the law firm of Applicant, Burr & Forman LLP, as counsel for the Examiner in these Cases, according to the terms of this Application, and grant such other and further relief as this Court may deem just and proper.

Respectfully submitted this 10th day of March, 2021.

/s/ Gary M. Murphey
Gary M. Murphey

*Chapter 11 Examiner for the Debtors*

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **AMERICAN BERBER, INC., and** | ) | **Case No.  19-41154-bem** |
| | ) | |
| **AMERICAN CARPET GROUP, INC.,** | ) | **Case No.  19-41150-bem** |
| | ) | |
| *Debtors.* | ) | **(Substantively consolidated and** |
| | ) | **jointly administered under** |
| | ) | **Case No. 19-41154-bem** |

**RULE 2014 DECLARATION OF ERICH N. DURLACHER**
**IN SUPPORT OF APPLICATION OF GARY MURPHEY AS EXAMINER TO**
**EMPLOY BURR & FORMAN LLP AS COUNSEL**

**COMES NOW** Erich N. Durlacher and, pursuant to 28 U.S.C. § 1746, hereby declares as

follows:

1.      I am a partner at the Atlanta office of Burr & Forman LLP ("Burr & Forman").

Burr & Forman has over 350 attorneys with offices in Alabama, Delaware, Florida, Georgia,

Mississippi, North Carolina, South Carolina, and Tennessee.  My office is located at Suite 1100,

171 17th Street, N.W., Atlanta, Georgia 30363.  I am over the age of twenty-one (21) and am

competent to testify regarding the matters contained herein.  I have been duly admitted to the

United States Courts of Appeals for the Fifth, Sixth, and Eleventh Circuits, and the United States

District Courts for the Northern and Middle Districts of Georgia, and the Eastern, Middle, and

Western Districts of Louisiana.  I am a member in good standing of the State Bars of Georgia and

Louisiana.

2.      I submit this declaration pursuant to 11 U.S.C. §§ 327, 329, and 504 and Rules 2014

and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in support of

45157301 v3

the *Application of Gary Murphey as Examiner to Employ Burr & Forman LLP as Counsel* (the

"Application").

3.      All facts and procedures set forth herein are either (a) facts or procedures of which

I have personal knowledge or (b) an accurate summary of Burr & Forman's business records and

practices.

### *Services To Be Provided and Qualifications*

4.      The Examiner has expressed the desire to retain and employ Burr & Forman as his

bankruptcy counsel to provide the services as set forth in the Application, which include advising

the Examiner with respect to his rights, duties and powers in these Chapter 11 cases.

5.      Burr & Forman is well qualified to provide the services required for the Examiner's

participation in these Chapter 11 cases.  The law firm has offices in eight states (Alabama,

Delaware, Florida, Georgia, Mississippi, North Carolina, South Carolina, and Tennessee), with

approximately 40 attorneys concentrating in the area of bankruptcy law, making the firm one of

the largest bankruptcy practice groups in the Southeastern region.  The group currently has two

partners who are Fellows in the American College of Bankruptcy and three former partners who

were also Fellows in the American College of Bankruptcy.  Three former partners in the group

were elevated to the bankruptcy bench.  Seven of the group's lawyers have clerked for bankruptcy

judges, including Adolyn C. Wyatt, who will be working on this matter.  The group has represented

numerous parties in bankruptcy cases throughout the nation.

6.      Additionally, the firm's attorneys assigned to taking the lead roles in representing

the Examiner in these Chapter 11 cases also have considerable experience in Chapter 11

reorganization cases, representing both debtors and creditors alike.   I personally have

approximately 23 years' experience practicing in the areas of bankruptcy and Chapter 11

reorganization, and my representation includes extensive experience representing companies, financial institutions, and other capital sources in Chapter 11 bankruptcies. Attached hereto is a copy of my bio.

7.    I believe the retention of Burr & Forman will be beneficial to the estate in these Chapter 11 cases.

### *Disinterestedness*

8.    To the best of my knowledge, information and belief, and except as described below in this declaration, neither I nor Burr & Forman have any connection with the Debtors, their directors, offices, owner or creditors, and no individual in the firm is related to the United States Trustee for this region nor any person employed by the United States Trustee for this region.

9.    To check and clear potential conflicts of interest in these Chapter 11 cases, Burr & Forman conducted a review of its internal records (the "Conflicts Check") to determine whether it had any relationships with the following entities (collectively, the "Interested Parties"):

  a.    The Debtors and their non-debtor affiliates;

  b.    The Debtors' directors, officers, owner and any of their major business affiliations;

  c.    The creditors indicated in the Debtors' schedules and amended schedules;

  d.    The creditors indicated in the Debtors claims register;

  e.    The attorney and accountants representing any of the foregoing;

  f.    The Office of the United States Trustee; and

  g.    The Bankruptcy Judge assigned to these Chapter 11 cases.

The identities of the Interested Parties are set forth on Schedule "1" attached hereto and incorporated herein by reference. The results of the Conflicts Check indicate that Burr & Forman

has represented or currently represents the individuals and entities described below in matters underlined to these Chapter 11 cases.

10.     <u>Howard (Skip) Johnson.</u>  Howard (Skip) Johnson is the Chief Executive Officer for the Debtors and an owner.  A former partner in Burr & Forman's Huntsville, Alabama office represented Mr. Johnson in two discrete matters in 1993-1994.  Burr & Forman was paid a total of $3,555.20 in these matters (fees and expenses were billed and paid only with respect to one of these matters; no fees or expenses were billed in the other matter).  The last bill was paid in March 1994, approximately 27 years ago and before the undersigned joined Burr & Forman.  All prior work was completed and no further work has been done since March 1994.  Burr & Forman closed its Huntsville office in July 2000.  The former partner left Burr & Forman when the Huntsville office was closed.  Burr & Forman did not retain and does not possess any files, physical or digital, with respect to this prior representation.

11.     <u>Creditors.</u>  Burr & Forman has represented the creditors listed in the attached Schedule "2" in matters completely unrelated to the Debtors or these Chapter 11 cases.  Burr & Forman has not represented any of these entities with respect to the Debtors or these Chapter 11 cases.  Additionally, Burr & Forman is not currently representing any of these creditors in any active files or matters.

12.     Except as disclosed herein, Burr & Forman has not represented the Debtors with respect to any other matter involving the Debtors, including these Chapter 11 cases.

13.     To the extent Burr & Forman discovers additional information that requires disclosure, Burr & Forman will file a supplemental disclosure with the Court as promptly as possible.

14.    Burr & Forman will not represent any entity other than the Examiner in these Chapter 11 cases.

15.    In light of the foregoing, to the best of my knowledge, information, and belief, I believe that Burr & Forman is a "disinterested person" and does not hold or represent any other entity having an adverse interest in connection with these Chapter 11 cases as required by sections 101(14) and 327(a) of the Bankruptcy Code.

### *Compensation / Billing Rates*

16.    Burr & Forman intends to file applications with the Court for compensation for professional services rendered in connection with the representation of the Examiner in these Chapter 11 cases and for reimbursement of actual and necessary expenses incurred, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the local rules and orders of this Court.  Burr & Forman's current standard hourly rates, inclusive of the discount applied to these Chapter 11 cases, for the attorneys presently designated to represent the Examiner and the legal assistants presently designated to work on this matter are as follows:

| | |
|---|---|
| Partners / Counsel | $468.75 - $526.50 |
| Associates | $277.50 - $333.00 |

17.    Burr & Forman is providing the Examiner with a (a) 25% discount off standard rates for routine matters, including the filing of unopposed motions and applications, and representation at uncontested hearings and (b) 10% discount off standard rates for non-routine matters, including contested motions, evidentiary hearings, and adversary proceedings.

18.    The hourly rates set forth above are subject to periodic adjustments from time to time to reflect economic and other conditions, and Burr & Forman's rates typically increase on or about the first of each year.  Burr & Forman's rates are consistent with those charged by firms of comparable size and stature.  Moreover, these rates are set at a level designed to fairly compensate

the firm for the work of its attorneys and legal assistants and to cover fixed and routine overhead expenses.  It is Burr & Forman's policy to charge all of its clients for expenses billed in connection with a client's case.  In that regard, Burr & Forman utilizes a "user fee" client billing system with respect to such expenses under which a particular client is charged only for those expenses billed on its behalf.  Those expenses include, but are not limited to, photocopying, Lexis, Westlaw, facsimile transfers, long distance telephone calls, travel expenses, meals, parking and word processing charges.

19.    Burr & Forman will not charge any fees for "travel time" relating to any travel that its attorneys must undertake with respect to their proposed engagement in these Chapter 11 cases; although the firm will seek reimbursement for out of pocket expenses actually incurred with respect to such travel.

20.    Pursuant to Section 504 of the Bankruptcy Code, and Rules 2016(b) of the Bankruptcy Rules, Burr & Forman has not shared, nor agreed to share (a) any compensation or reimbursement it has received or may receive from the Debtors with another person, other than with the partners, counsel and associates of Burr & Forman, or (b) any compensation or reimbursement another person has received or may receive.

21.    Portions of the foregoing constitute the statement of Burr & Forman pursuant to 11 U.S.C. §§ 327, 329 and 504 and Bankruptcy Rules 2014 and 2016.

45157301 v3                                                                 6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed and Dated: March 10, 2021

**BURR & FORMAN LLP**

/s/ Erich N. Durlacher
Erich N. Durlacher, Partner

Suite 1100, 171 17th Street, N.W.
Atlanta, Georgia 30363
Telephone:  (404) 685-4313
Fax:  (404) 214-7387
edurlacher@burr.com

## ERICH N. DURLACHER
### Bio

Erich serves as the firm's President and Strategy Partner collaborating with each of the firm's practice group leaders to enhance practice management.  In addition, he serves as the Atlanta Office Managing Partner while practicing in the firm's Creditors' Rights and Bankruptcy Practice Group.

Erich has extensive experience representing companies, financial institutions, and other capital sources in debt restructurings, workouts, and forbearance agreements; the prosecution of receivership and other judicial actions to protect, preserve, and recover collateral; and Chapter 11 bankruptcy cases.  Erich routinely represents the Chapter 11 asset purchasers in negotiating and structuring all stages of a 363 sale transaction from LOI through closing.

Erich also represents clients in the resolution of complex commercial issues, the restructuring of performing and distressed credit facilities and swap agreements, and the maximization of debt and collateral recovery. Erich also advises financial institutions on structuring intercreditor agreements.

Erich is a member of the Firm's Electronic Transactions Group. He advises secured lenders, financial institutions, and other businesses in the structuring, interpretation, and enforcement of electronic contracts, smart contracts and related digital assets and rights.

Erich is also a member of the firm's COVID-19 response team, with a focus on advising lenders, borrowers, and investors on the Paycheck Protection Program.

### Bar Memberships
- State Bar of Georgia and Louisiana
- Georgia Supreme Court and Court of Appeals
- U.S. Court of Appeals for the Fifth, Sixth and Eleventh Circuits
- U.S. District Court – Northern and Middle Districts of Georgia
- U.S. District Court – Eastern, Middle and Western Districts of Louisiana

### Education
- J.D., *cum laude*, Tulane University School of Law (1998)
- B.A., Hampden-Sydney College (1993)

45157301 v3

**Schedule "1"**
**Conflicts Check List**

| Debtors: | American Berber, Inc. |
| | American Carpet Group, Inc. |
| Officers, Directors and Owners: | Howard E. Johnson |
| Creditors: | ADD-BAC |
| | Amy Schmidt |
| | American Express Travel Related Services Company, Inc. |
| | American Extruders |
| | Auto Plus Auto Parts |
| | Averitt Express |
| | Barr Credit Services |
| | Becket and Lee LLP |
| | Beth E. Rogers |
| | Bill Smitherman |
| | Binsfield Engineering |
| | Braun's Express |
| | Bureau of Unemployment |
| | Buy Carpet Direct Today, Inc. |
| | Calhoun LP Gas |
| | Calhoun Wholesale Supply |
| | Camden Flooring Co. |
| | Carpet Capital Fire Protection |
| | Caylor Industrial Sales, Inc. |
| | Central Insolvency Office |
| | Chambliss Bahner & Stophel PC |
| | Coface North America Insurance Company |
| | Combustion & Controls Solution |
| | D&W Paper Tube Inc. |
| | Delta Distribution |
| | eShipping LLC |
| | Fastenal |
| | FI Tech Inc. |
| | FILPA USA, Inc. |
| | First Source Worldwide, LLC |

| | FisherBroyles, LLP |
| --- | --- |
| | Freight Lines – Various |
| | Georgia Carpet Finishers Inc. |
| | Georgia Machine |
| | Georgia Natural Gas |
| | Georgia Power Company |
| | Grady Stafford |
| | Greenville Colorants |
| | Gregory Kinnamon |
| | H&H Sales Inc. |
| | Holston Gases |
| | Hurtt & Johnson, LLC |
| | Internal Revenue Service |
| | Joseph Farless |
| | Marketing Alliance Group Inc. |
| | Mayer Electric Supply |
| | McMaster-Carr Supply Company |
| | Metal Crafters |
| | Michael D. Hurtt |
| | Michael Johnston |
| | Mitchell Smith |
| | Morgan Lee Supply |
| | Motion Industries |
| | Oerilkon |
| | Office of the US Trustee |
| | Osterman Propane LLC |
| | Parts & Systems Co. Inc. |
| | Phoenix Chemical Company LLC |
| | Polymer Solutions Group Finance, LLC |
| | ProGlobal Products LLC |
| | Rockholt Equipment Inc. |
| | Rogers Finishing, LLC |
| | Ryan Frisbie |
| | Santek Waste Services |
| | Secretary of the Treasury |
| | Southeastern Freight Lines |
| | Southeastern Supply Inc. |
| | Southern Lubes & Fuels |
| | Techmer PM Polymer Modifiers |

45157301 v3

2

| | |
|---|---|
| | Tennessee Dept of Labor |
| | Tennessee Attorney General's Office |
| | Thomas Mathis |
| | Timothy Gibbons |
| | The McCurry Law Firm, LLC |
| | Tom Mathis |
| | Thomas R. Walker |
| | Treena Hixon |
| | United Parcel Service |
| | United States Postal Service |
| | Watkins & Shepard Trucking Inc. |
| | Waycaster & Allred |
| | Whitfield Electric Motor Sales |
| | W.W. Grainger, Inc. |
| | Xpress Global Systems |
| | Xpress Paper & Chemical LLC |
| <u>Counsel:</u> | Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP |
| | Cameron McCord |
| | Jones & Walden, LLC |
| | Leon S. Jones |
| | Thomas T. McClendon |
| | Thomas D. Richardson |
| | David Hurtt |
| | Vanessa A. Leo |
| | Nancy J. Gargula |
| | Martin P. Ochs |
| | David W. Johnson |
| | Jesse Vaughn |
| | Vaughn & Clements, PC |
| | Lindsay P. S. Kolba |
| | Stuart Wilson-Patton |
| | Tennessee Office of the Attorney General |
| | Matthew G. Roberts |
| | Troutman Pepper Hamilton Sanders LLP |
| | Steven Kudatzky |
| | Steven Kudatzky Chartered |
| <u>Bankruptcy Judge:</u> | Barbara Ellis-Monroe |

**Schedule "2"**
Creditor Connections

1.     *Averitt Express*:  Burr & Forman represented Averitt Express in 1992 in matters unrelated to the Debtors, but the last invoice was issued in 1993.  In 2006, Averitt Express was responsible for paying a portion of a matter for another client, but the last invoice was issued in 2011 and the firm does not currently represent Averitt Express in any active files or matters.

2.     *Chambliss Bahner & Stophel PC*:  Burr & Forman represented Chambliss Bahner & Stophel PC in 2007 in matters unrelated to the Debtors, but the last invoice was issued in 2007 and the firm does not currently represent Chambliss Bahner & Stophel PC in any active files or matters.

3.     *Georgia Power Company*:  Burr & Forman represented Georgia Power Company in 2011 in matters unrelated to the Debtors, but the matter was never invoiced and the firm does not currently represent Georgia Power Company in any active files or matters.

4.     *Southeastern Freight Lines*:  Burr & Forman represented Southeastern Freight Lines in 1991 in matters unrelated to the Debtors, but the last invoice was issued in 2018 and the firm does not currently represent Southeastern Freight Lines in any active files or matters.

5.     *Herman R. Davis*:  Burr & Forman represented Herman R. Davis in 1993 in matters unrelated to the Debtors, but the last invoice was issued in 1993 and the firm does not currently represent Herman R. Davis in any active files or matters.

6.     *McMaster-Carr Supply Company*:  Burr & Forman represented McMaster-Carr Supply Company in 2001 in matters unrelated to the Debtors, but the last invoice was issued in 2006 and the firm does not currently represent McMaster-Carr Supply Company in any active files or matters.

7.     *Motion Industries, Inc.*:  Burr & Forman represented Motion Industries, Inc. in 2000 in matters unrelated to the Debtors, but the last invoice was issued in 2003 and the firm does not currently represent McMaster-Carr Supply Company in any active files or matters.  Additionally, the attorney who represented McMaster-Carr Supply Company is no longer with the firm.

8.     *Genuine Parts Company*:  Burr & Forman represented Genuine Parts Company and Genuine Parts Company d/b/a Napa Auto Parts in 1983, 1995, and 1999 in matters unrelated to the Debtors, but the last invoice was issued in 2002 and the firm does not currently represent Genuine Parts Company in any active files or matters.

9.     *Schneider National Carriers, Inc.*:  Burr & Forman represented Schneider National Carriers, Inc. in 1991 in matters unrelated to the Debtors, but the last invoice was issued in 1991 and the firm does not currently represent Schneider National Carriers, Inc. in any active files or matters.

10. *Schneider National, Inc.*:  Burr & Forman represented Schneider National, Inc. in 1999 in matters unrelated to the Debtors, but the last invoice was issued in 2002 and the firm does not currently represent Schneider National, Inc. in any active files or matters.

11. *United Parcel Service of America, Inc.*:  Burr & Forman represented United Parcel Service of America, Inc. in 2009 in matters unrelated to the Debtors, but the last invoice was issued in 2011 and the firm does not currently represent United Parcel Service of America, Inc. in any active files or matters.

12. *UPS Ground Freight, Inc.*:  Burr & Forman represented UPS Ground Freight, Inc. in 2015 in matters unrelated to the Debtors, but the last invoice was issued in 2016 and the firm does not currently represent UPS Ground Freight, Inc. in any active files or matters.

13. *UPS-Supply Chain Solutions*:  Burr & Forman represented UPS-Supply Chain Solutions in 2006 in matters unrelated to the Debtors, but the matter was never invoiced by Burr & Forman and the firm does not currently represent UPS-Supply Chain Solutions in any active files or matters.

14. *United Parcel Service*:  Burr & Forman represented United Parcel Service in 1993 in matters unrelated to the Debtors, but the last invoice was issued prior to 1999 (by a predecessor firm) and the firm does not currently represent United Parcel Service in any active files or matters.

15. *UPS Capital Corporation*:  Burr & Forman represented UPS Capital Corporation in 2002 in matters unrelated to the Debtors, but the last invoice was issued in 2002 and the firm does not currently represent UPS Capital Corporation. in any active files or matters.

**EXHIBIT "B"**
Rates Schedule

| Lawyer | Title (Department) | Rate[1] |
|---|---|---|
| Erich N. Durlacher | Partner (Bankruptcy) | $468.75 - $526.50 |
| Adolyn C. Wyatt | Associate (Bankruptcy) | $277.50 - $333.00 |

---

[1] These rates reflect a (a) 25% discount off standard rates for routine matters, including the filing of unopposed motions and applications, and representation at uncontested hearings and (b) 10% discount off standard rates for non-routine matters, including contested motions, evidentiary hearings, and adversary proceedings.

**EXHIBIT "C"**
Proposed Order

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **AMERICAN BERBER, INC., and** | ) | **Case No.  19-41154-bem** |
| | ) | |
| **AMERICAN CARPET GROUP, INC.,** | ) | **Case No.  19-41150-bem** |
| | ) | |
| *Debtors*. | ) | **(Substantively consolidated and** |
| | ) | **jointly administered under** |
| | ) | **Case No. 19-41154-bem** |

**ORDER APPROVING APPLICATION OF GARY MURPHEY AS EXAMINER TO
EMPLOY BURR & FORMAN LLP AS COUNSEL, SUBJECT TO OBJECTION**

Gary Murphey (the "Examiner") filed on March 10, 2021 (Docket No. _) an Application to
employ Burr & Forman LLP (the "Applicant") as counsel for the Examiner in these Chapter 11
cases (the "Application").  No hearing is necessary on the Application absent the filing of an
objection to it.  Pursuant to a certificate of service filed with or attached to the Application, the
Application has been served on the United States Trustee as required by Federal Rule of
Bankruptcy Procedure 2014, and on any lenders with an interest in all or substantially all of the
Debtor's assets, parties that have filed a notice of appearance, and the twenty largest unsecured
creditors according to the Debtor's Official Form 204.  No further service of the Application is
necessary.

The Application and accompanying declaration of Erich N. Durlacher demonstrate
preliminarily that the Applicant are attorneys qualified to practice in this Court, for attorneys and
are disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure

2014, the Application is GRANTED, and the Examiner is authorized to employ the Applicant as his counsel during these Chapter 11 cases, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Examiner will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

END OF ORDER

Prepared and presented by:

**BURR & FORMAN LLP**

/s/ Erich N. Durlacher
Erich N. Durlacher
Georgia Bar No. 235563
Adolyn C. Wyatt
Georgia Bar No. 578601
Suite 1100, 171 17th Street, N.W.

Atlanta, Georgia 30363
Telephone:  (404) 685-4313
Fax:  (404) 214-7387
edurlacher@burr.com
awyatt@burr.com


*Proposed Counsel to the Examiner*

## **DISTRIBUTION LIST**

American Berber, Inc.
P.O. Box 430
Calhoun, GA 30703

American Carpet Group, Inc.
P.O. Box 430
Calhoun, GA 30703

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Erich N. Durlacher
Burr & Forman LLP
Suite 1100, 171 17th Street, N.W.
Atlanta, Georgia 30363

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this, the 10th day of March, 2021, I electronically filed the foregoing *Application Of Gary Murphey As Examiner To Employ Burr & Forman LLP As Counsel* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the party or attorneys of record, and by directing the same be mailed through first-class, United States mail, postage prepaid, to the following recipients:

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Martin P. Ochs
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

Lindsay P. S. Kolba
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Timothy M. Gibbons
Chambliss, Bahner & Stophel, P.C.
Liberty Tower – Suite 1700
605 Chestnut Street
Chattanooga, TN 37450

Michael D. Hurtt
Hurtt & Johnson, LLC
PO Box 1304
Dalton, GA 30722-1304

TN Dept of Labor – Bureau of
Unemployment Insurance
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Thomas D. Richardson, Esquire
Brinson, Askew, Berry, Seigler, Richardson
& Davis, LLP
615 West First Street
P.O. Box 5007
Rome, GA 30162-5007

ADD-BAC
1001 Riverbend Road
Dalton, GA 30722

Auto Plus Auto Parts
424 S Wall St
Calhoun, GA 30701

Barr Credit Services
5151 E Broadway Blvd
Suite 800
Tucson, AZ 85711

Calhoun LP Gas
1600 Hwy 41 South, SE
Calhoun, GA 30701

Carpet Capital Fire Protection
PO Box 3325
Dalton, GA 30719

D & W Paper Tube Inc.
PO Box 1484
245 Duvall Road

45157301 v3

Chatsworth, GA 30705
First Source Worldwide, LLC
1524 S Commercial St
Neenah, WI 54956

Georgia Machine
145 Gee Road
Calhoun, GA 30701

Grady Stafford
PO Box 907
Resaca, GA 30735

Greenville Colorants
90 Patterson Street
New Brunswick, NJ 08901

Holston Gases
380 Hollywood Drive
Dalton, GA 30721

Joseph Farless
7586 Nelson Spur Road
Hixson, TN 37343

Metal Crafters
PO Box 451
50 Pannell Drive
Chatsworth, GA 30705

Morgan Lee Supply
2590 Abutment Road
Dalton, GA 30721

Oerilkon
8801 South Boulevard
Charlotte, NC 28273

Phoenix Chemical Company LLC
202 Gee Street
Calhoun, GA 30701

Santek Waste Services
PO Box 180600
Chattanooga, TN 37406

Techmer PM Polymer Modifiers
PO Box 741651
Atlanta, GA 30374

Whitfield Electric Motor Sales
926 East Morris Street
Dalton, GA 30721

**BURR & FORMAN LLP**

/s/ Erich N. Durlacher
Erich N. Durlacher
Georgia Bar No. 235563

*Proposed Counsel to the Examiner*

BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia  30363
(404) 685-4313 [telephone]
(404) 214-7387 [facsimile]
edurlacher@burr.com