**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **AMERICAN BERBER, INC., and** | ) | Case No.  19-41154-bem |
| | ) | |
| **AMERICAN CARPET GROUP, INC.,** | ) | Case No.  19-41150-bem |
| | ) | |
| *Debtors*. | ) | (Substantively consolidated and |
| | ) | jointly administered under |
| | ) | Case No. 19-41154-bem |

**APPLICATION OF GARY MURPHEY AS EXAMINER TO EMPLOY
RESURGENCE FINANCIAL SERVICES, LLC AS FORENSIC ACCOUNTANTS**

**COMES NOW** Gary Murphey ("Examiner") as examiner in the above-captioned cases and files this Application for entry of an order authorizing the Examiner to retain and employ Resurgence Financial Services, LLC ("Resurgence Financial" or "Applicant") as forensic accountants in connection with the above-captioned cases, showing the Court as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are Section 327(a) and 1104 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**BACKGROUND**

2. On May 16, 2019 (the "Petition Date"), American Berber, Inc. and American Carpet Group, Inc. filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Cases").

45157307 v3

3. On August 29, 2019, the Court entered its *Order Substantively Consolidating Debtor American Carpet Group, Inc. With Debtor American Berber, Inc.* (Doc. No. 63), which was amended subsequently by that certain *Amended Order Substantively Consolidating Debtor American Carpet Group, Inc. With Debtor American Berber, Inc.* (Doc. No. 66).

4. On October 12, 2020, the Debtors filed their *Disclosure Statement for Plan of Reorganization* and *Plan of Reorganization* (Doc. Nos. 112 and 113, respectively), as amended subsequently by the *Supplement to Disclosure Statement for Plan of Reorganization for American Berber, Inc.* and *First Modification to Plan of Reorganization* (Doc. Nos. 139 and 140, respectively).

5. On February 25, 2021, the Court entered its *Consent Order Appointing Examiner* (Doc. No. 147) (the "Examiner Order").

6. On February 25, 2021, the United States Trustee for Region 21 (the "U.S. Trustee") filed an application to approve the appointment of Gary Murphey as examiner in these Cases (Doc. No. 149).

7. On February 26, 2021, the Court entered an order approving the appointment of Gary Murphey as examiner (Doc. No. 150).

**RELIEF REQUESTED**

8. By this Application, pursuant to sections 327(a) and 1104 of the Bankruptcy Code, the Examiner seeks the entry of an order authorizing and approving the employment and retention of Applicant as forensic accountants.

**BASIS FOR REQUESTED RELIEF**

9. The Examiner and his counsel have selected Resurgence Financial because Resurgence Financial's professionals have considerable expertise in the fields of investigation and

forensic accounting. Accordingly, the Examiner believes that Resurgence Financial is well qualified to serve as his forensic accountant in these Chapter 11 cases.

10. The examiner respectfully submits that it is necessary and appropriate for it to employ and retain Applicant to provide, among other things, the following services:

  a. Analyze relevant records and financial information;

  b. Investigating the Debtors' acts, conduct, assets, liabilities, and financial condition, the Debtors' operation of its businesses and the desirability of the continuance of such businesses, and any other matter relevant to the case or to the formulation of a plan;

  c. Investigating any fraud, dishonesty, incompetence, misconduct, mismanagement, or irregularity in the management of the Debtors' affairs by current or former management;

  d. Provide testimony in court (including expert testimony) if necessary or as reasonably requested by the Examiner with respect to matters upon which Resurgence Financial has provided advice or professional opinions to the Examiner; and

  e. Providing such other support as may be reasonably requested by the Examiner or Examiner's counsel that fall within Resurgence Financial's expertise, experience and capabilities that are mutually agreeable.

11. The Applicant's professional who will be primarily responsible for providing services in this case is Morris Buchanan. Resurgence Financial and its principals and associates have knowledge and experience in this area and are well qualified to advise the Examiner and his counsel in these cases.

12. Pursuant to Federal Rule of Bankruptcy Procedure 2014, attached as **Exhibit "A"** is the Declaration of Gary M. Murphey (the "Murphey Declaration"). Applicant has had no connection with the Debtors, its creditors, any party in interest, the Bankruptcy judge presiding in this case, U.S. Trustee, or any person employed in the Office of the U.S. Trustee other than as disclosed in the Murphey Declaration.

13. The Examiner is informed and believes that Applicant does not hold or represent any interest adverse to the estate, that Applicant is a disinterested person, as defined in 11 U.S.C. § 101(14) and required by 11 U.S.C. § 327(a), with respect to the matters upon which it is engaged, and that its appointment is in the best interest of the estate, creditors, and parties in interest.

14. The Examiner submits that the proposed employment of Applicant is not prohibited or improper under Federal Rule of Bankruptcy Procedure 5002.

15. Applicant proposes that it be compensated for its services at hourly rates that are discounted of Applicant's current, standard rates, together with reimbursement of its actual and necessary expenses. A schedule of the hourly rates for the professionals who will have primary responsibility for this matter is attached as **Exhibit "B"**. In addition to the professionals named in Exhibit B, it may be necessary, during the course of this case, for other professionals employed by Applicant in other disciplines to provide services for the Examiner.

## NOTICE

16. Notice of this Application has been provided to the United States Trustee, any lenders with an interest in all or substantially all of the Debtor's assets, parties that have filed a notice of appearance, and the twenty largest unsecured creditors according to the Debtor's Official Form 204, by filing the Application using the Court's CM/ECF system and mailing a copy as

detailed on the attached Certificate of Service.  In light of the nature of the relief requested, the Examiner submits that no further notice is necessary.

## CONCLUSION

**WHEREFORE**, the Examiner prays that the Court enter an order approving his employment of the firm of Applicant, Resurgence Financial Services, LLC, as forensic accountants for the Examiner in these Cases, according to the terms of this Application, and grant such other and further relief as this Court may deem just and proper.

Respectfully submitted this 10th day of March, 2021.

/s/ Gary M. Murphey
Gary M. Murphey

*Chapter 11 Examiner for the Debtors*

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **AMERICAN BERBER, INC., and** | ) | Case No. 19-41154-bem |
| | ) | |
| **AMERICAN CARPET GROUP, INC.,** | ) | Case No. 19-41150-bem |
| | ) | |
| *Debtors*. | ) | (Substantively consolidated and |
| | ) | jointly administered under |
| | ) | Case No. 19-41154-bem |

**RULE 2014 DECLARATION OF GARY M. MURPHEY**
**IN SUPPORT OF APPLICATION OF GARY MURPHEY AS EXAMINER TO EMPLOY**
**RESURGENCE FINANCIAL SERVICES, LLC AS FORENSIC ACCOUNTANT**

**COMES NOW** Gary M. Murphey, and pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am a Certified Public Accountant in the State of Georgia, a Certified Turnaround Professional, and the Chief Financial Officer and Managing Director of Resurgence Financial Services, LLC, Delaware limited liability corporation, with offices located at 3330 Cumberland Blvd., Suite 500, Atlanta, Georgia 30339.

2. I submit this declaration pursuant to 11 U.S.C. §§ 327, 329, and 504 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in support of the *Application of Gary Murphey as Examiner to Employ Resurgence Financial Services, LLC as Forensic Accountants* (the "Application").

3. All facts and procedures set forth herein are either (a) facts or procedures of which I have personal knowledge or (b) an accurate summary of Resurgence Financial's business records and practices.

45157307 v3

## *Services To Be Provided and Qualifications*

4. Consistent with the services outlined in the Application, Resurgence Financial will be engaged by counsel to the Examiner to serve as his forensic accountants.

5. Resurgence Financial will coordinate with the Examiner's counsel and the Examiner and any other retained professionals to avoid unnecessary duplication of services during these Chapter 11 cases.

6. Resurgence Financial is a full service financial advisory firm comprised of Certified Public Accountants, Certified Turnaround Professionals, Trustees and Masters in Taxation. The Examiner has selected Resurgence Financial to serve as his financial advisor because Resurgence Financial's professionals have extensive experience and knowledge in evaluating business operations, properties, financial conditions and prospects, investigating fraud and other irregular financial transactions, assessing valuations, providing expert testimony, and other ancillary services in connection with an Examiner's duties.

7. Morris Buchanan will be primarily responsible for Resurgence Financial's representation of the Debtors, and a copy of his biography is attached hereto.

8. I believe the retention of Resurgence Financial will be beneficial to the estate in these Chapter 11 cases.

## *Disinterestedness*

9. To the best of my knowledge, information and belief, and except as described below in this declaration, neither I nor Resurgence Financial have or represent any interest adverse to the Debtors or their estates, have any material connections with the Debtors, their directors, offices, owner or creditors, and no individual in the firm is related to the United States Trustee for this

region nor any person employed by the United States Trustee for this region. Resurgence Financial is disinterested, as that term is defined in 11 U.S.C. § 101(14).

10. Resurgence Financial has no principals or other professional employees who are related to any Judge of the United States Bankruptcy Court for the Northern District of Georgia.

11. Except as disclosed herein, Resurgence Financial has not represented, worked with, or worked against the Debtors with respect to any other matter involving the Debtors, including these Chapter 11 cases.

12. To the extent Resurgence Financial discovers additional information that requires disclosure, Resurgence Financial will file a supplemental disclosure with the Court as promptly as possible.

13. Resurgence Financial will not represent any entity other than the Examiner in these Chapter 11 cases.

14. In light of the foregoing, to the best of my knowledge, information, and belief, I believe that Resurgence Financial is a "disinterested person" and does not hold or represent any other entity having an adverse interest in connection with these Chapter 11 cases as required by sections 101(14) and 327(a) of the Bankruptcy Code.

*Compensation / Billing Rates*

15. Resurgence Financial intends to file applications with the Court for compensation for professional services rendered in connection with the representation of the Examiner in these Chapter 11 cases and for reimbursement of actual and necessary expenses incurred, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the local rules and orders of this Court. Resurgence Financial's current standard hourly rate for Morris Buchanan

is $300.  The fee structure is consistent with and typical of compensation arrangements entered into by Resurgence Financial and other comparable firms in connection with the rendering of similar services under similar circumstances.

16. Pursuant to Section 504 of the Bankruptcy Code, and Rules 2016(b) of the Bankruptcy Rules, Resurgence Financial has not shared, nor agreed to share (a) any compensation or reimbursement it has received or may receive from the Debtors with another person, other than with the professionals of Resurgence Financial, or (b) any compensation or reimbursement another person has received or may receive.

17. Portions of the foregoing constitute the statement of Resurgence Financial pursuant to 11 U.S.C. §§ 327, 329 and 504 and Bankruptcy Rules 2014 and 2016.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed and Dated: March 10, 2021

/s/ Gary M. Murphey
Gary M. Murphey, Managing Director
Resurgence Financial Services, LLC

## Morris Buchanan
## Bio

Morris Buchanan has over 25 years' experience as a senior operations and finance executive, having held senior management positions with a number of middle market companies. He has worked extensively with boards of directors, shareholders, banks, private equity investors and attorneys.  Many of Morris' projects have included a number of distressed situations, including Chapter 11 situations, where he developed strategies to turnaround organizations, greatly enhancing operating results and increasing entity value.  Additionally, Morris has participated in a number of M & A transactions, both from the buy and sell sides.  Morris began his career as an auditor with BDO Seidman and still holds an active Certified Public Accountant license.

45157307 v3

## **Exhibit B**

Rates

| Professional | Rate |
|---|---|
| Morris Buchanan | $300 per hour |

**EXHIBIT "C"**
Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **AMERICAN BERBER, INC.,** and | ) | Case No. 19-41154-bem |
| | ) | |
| **AMERICAN CARPET GROUP, INC.,** | ) | Case No. 19-41150-bem |
| | ) | |
| *Debtors*. | ) | **(Substantively consolidated and** |
| | ) | **jointly administered under** |
| | ) | **Case No. 19-41154-bem** |

**ORDER APPROVING APPLICATION OF GARY MURPHEY AS EXAMINER TO EMPLOY RESURGENCE FINANCIAL SERVICES, LLC AS FORENSIC ACCOUNTANTS, SUBJECT TO OBJECTION**

Gary Murphey (the "Examiner") filed on March 10, 2021 (Docket No._) an Application to employ Resurgence Financial Services, LLC (the "Applicant") as forensic accountants for the Examiner in these Chapter 11 cases (the "Application").  No hearing is necessary on the Application absent the filing of an objection to it.  Pursuant to a certificate of service filed with or attached to the Application, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and on any lenders with an interest in all or substantially all of the Debtor's assets, parties that have filed a notice of appearance, and the twenty largest unsecured creditors according to the Debtor's Official Form 204.  No further service of the Application is necessary.

The Application and accompanying affidavit of Gary Murphey demonstrate preliminarily that the Applicant are professionals qualified and are disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure

45157307 v3

2014, the Application is GRANTED, and the Examiner is authorized to employ the Applicant as his forensic accountants during these Chapter 11 cases, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to the Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for the Examiner will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, and shall file promptly thereafter a certificate of service confirming such service.

END OF ORDER

Prepared and presented by:

**BURR & FORMAN LLP**

/s/ Erich N. Durlacher
Erich N. Durlacher
Georgia Bar No. 235563
Adolyn C. Wyatt
Georgia Bar No. 578601
Suite 1100, 171 17th Street, N.W.

45157307 v3

2

Atlanta, Georgia 30363
Telephone:  (404) 685-4313
Fax:  (404) 214-7387
edurlacher@burr.com
awyatt@burr.com

*Proposed Counsel to the Examiner*

## DISTRIBUTION LIST

American Berber, Inc.
P.O. Box 430
Calhoun, GA 30703

American Carpet Group, Inc.
P.O. Box 430
Calhoun, GA 30703

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Erich N. Durlacher
Burr & Forman LLP
Suite 1100, 171 17th Street, N.W.
Atlanta, Georgia 30363

45157307 v3

## CERTIFICATE OF SERVICE

      I hereby certify that this, the 10th day of March, 2021, I electronically filed the foregoing *Application Of Gary Murphey As Examiner To Employ Resurgence Financial Services, LLC As Forensic Accountants* with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the party or attorneys of record, and by directing the same be mailed through first-class, United States mail, postage prepaid, to the following recipients:

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Martin P. Ochs
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Dr., S.W.
Atlanta, GA 30303

Lindsay P. S. Kolba
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Timothy M. Gibbons
Chambliss, Bahner & Stophel, P.C.
Liberty Tower – Suite 1700
605 Chestnut Street
Chattanooga, TN 37450

Michael D. Hurtt
Hurtt & Johnson, LLC
PO Box 1304
Dalton, GA 30722-1304

TN Dept of Labor – Bureau of Unemployment Insurance
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Thomas D. Richardson, Esquire
Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP
615 West First Street
P.O. Box 5007
Rome, GA 30162-5007

ADD-BAC
1001 Riverbend Road
Dalton, GA 30722

Auto Plus Auto Parts
424 S Wall St
Calhoun, GA 30701

Barr Credit Services
5151 E Broadway Blvd
Suite 800
Tucson, AZ 85711

Calhoun LP Gas
1600 Hwy 41 South, SE
Calhoun, GA 30701

Carpet Capital Fire Protection
PO Box 3325
Dalton, GA 30719

D & W Paper Tube Inc.
PO Box 1484
245 Duvall Road
Chatsworth, GA 30705

First Source Worldwide, LLC
1524 S Commercial St
Neenah, WI 54956

Georgia Machine
145 Gee Road
Calhoun, GA 30701

Grady Stafford
PO Box 907
Resaca, GA 30735

Greenville Colorants
90 Patterson Street
New Brunswick, NJ 08901

Holston Gases
380 Hollywood Drive
Dalton, GA 30721

Joseph Farless
7586 Nelson Spur Road
Hixson, TN 37343

Metal Crafters
PO Box 451
50 Pannell Drive
Chatsworth, GA 30705

Morgan Lee Supply
2590 Abutment Road
Dalton, GA 30721

Oerilkon
8801 South Boulevard
Charlotte, NC 28273

Phoenix Chemical Company LLC
202 Gee Street
Calhoun, GA 30701

Santek Waste Services
PO Box 180600
Chattanooga, TN 37406

Techmer PM Polymer Modifiers
PO Box 741651
Atlanta, GA 30374

Whitfield Electric Motor Sales
926 East Morris Street
Dalton, GA 30721

**BURR & FORMAN LLP**

/s/ Erich N. Durlacher
Erich N. Durlacher
Georgia Bar No. 235563

*Proposed Counsel to the Examiner*

BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia  30363
(404) 685-4313 [telephone]
(404) 214-7387 [facsimile]
edurlacher@burr.com