IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN BERBER, INC.<br><br>  Debtor. | CHAPTER 11<br><br>CASE NO. 19-41154-bem |

### AMENDMENT TO SCHEDULE A/B AND SUMMARY OF SCHEDULES

COMES NOW American Berber, Inc., Debtor in the above-styled Chapter 11 Bankruptcy Case, and amends its Schedule A/B and Summary of Schedules and respectfully shows the Court as follows:

Schedules A/B. Debtor hereby substitutes Schedule A/B which is attached hereto in lieu of any such Schedule A/B previously filed.

Summary of Schedules. Debtor hereby substitutes the Summary of Schedules which is attached hereto in lieu of any such Summary of Schedules previously filed.

Except as expressly amended herein, all information set forth in the Debtor's Petition, Schedules, and Statement of Financial Affairs remains true and correct and is adopted herein.

RESPECTFULLY SUBMITTED this 21st day of July, 2021.

JONES & WALDEN LLC

/s/ *Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
699 Piedmont Ave. NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com
Attorney for Debtor

1

**Fill in this information to identify the case:**

Debtor name: **American Berber, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known): **19-41154**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................................    $  0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................................    $  1,694,357.37

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................................    $  1,694,357.37

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $  0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $  0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$  5,228,494.04

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                                $  5,228,494.04

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | American Berber, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 19-41154 |

■ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Georgia Bank and Trust | Operating | | $5,218.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**     $5,218.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 727,781.86 | - | 0.00 | = .... | $727,781.86 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | American Berber, Inc. | Case number (If known) | 19-41154 |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | 592,827.73 | − | 592,827.73 | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**  $727,781.86

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale<br>Finished Goods | | $0.00 | | $956,357.51 |

22. Other inventory or supplies

23. **Total of Part 5.**  $956,357.51

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

| Debtor | American Berber, Inc. | Case number (If known) | 19-41154 |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Various Office Furniture | $0.00 | | $5,000.00 |

| | | |
|---|---|---|
| 40. | **Office fixtures** | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $5,000.00 |
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>■ No<br>☐ Yes | |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer List | $0.00 | | Unknown |

| Debtor | American Berber, Inc. | Case number (If known) 19-41154 |
|---|---|---|
| | Name | |

64. **Other intangibles, or intellectual property**

65. **Goodwill**
    Goodwill     $0.00     Unknown

66. **Total of Part 10.**     $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Claims against Mitch Smith**     Unknown
    Nature of claim
    Amount requested     $0.00

    **Claims against Joseph Farless**     Unknown
    Nature of claim
    Amount requested     $0.00

Debtor **American Berber, Inc.**  Case number *(If known)* **19-41154**
Name

| | |
|---|---|
| **Claims against Lawson Electric Co., Inc. and Jospeh Farless individually and as agent for Lawson Electric including but not limited to breach of contract, breach of warranty, and negligence for faulty workmanship performed on American Berber equipment (Damages to be determined)** | **Unknown** |
| Nature of claim | |
| Amount requested        $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**   $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **American Berber, Inc.**                                    Case number *(If known)* **19-41154**
    <span style="font-size:small">Name</span>

### Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,218.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $727,781.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $956,357.51 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,694,357.37 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,694,357.37 |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.

**American Berber, Inc.**

Date: July 21, 2021

*/s/ Howard Johnson*
Howard Johnson, CEO

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>**AMERICAN BERBER, INC.**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-41154-bem** |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Amendment using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Amendment to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Matthew R. Brooks**    matthew.brooks@troutmansanders.com
- **Erich N. Durlacher**    edurlach@burr.com, awyatt@burr.com
- **Timothy M. Gibbons**    tgibbons@chamblisslaw.com, jgranillo@chamblisslaw.com
- **Michael D. Hurtt**    hurttnotices@windstream.net;hurttecfnotices@gmail.com; G17451@notify.cincompass.com
- **David W. Johnson**    david@hurttlaw.com, david.johnson8@gmail.com; G17451@notify.cincompass.com
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov
- **Vanessa A. Leo**    ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
- **Jeffrey W. Maddux**    jmaddux@chamblisslaw.com, lthreadgill@chamblisslaw.com; mculp@chamblisslaw.com;sbarham@chamblisslaw.com;gfairbanks@chamblisslaw.com; ttucker@chamblisslaw.com;gchambers@chamblisslaw.com;cgarrett@chamblisslaw.com
- **Gary M. Murphey**    murphey@rfslimited.com
- **Martin P. Ochs**    martin.p.ochs@usdoj.gov
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **Thomas D. Richardson**    TRichardson@Brinson-Askew.com, Tdr82454@gmail.com
- **Stuart Freeman Wilson-Patton**    agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov
- **Adolyn C. Wyatt**    dsteiger@burr.com

This 21st day of July, 2021.

                                            **JONES & WALDEN LLC**
                                            /s/ *Cameron M. McCord*
                                            Cameron M. McCord
                                            Georgia Bar No. 143065
                                            699 Piedmont Ave. NE, Atlanta, Georgia 30308
                                            (404) 564-9300
                                            cmccord@joneswalden.com
                                            Attorney for Debtor