IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**AMERICAN BERBER, INC.**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-41154-BEM** |

### NOTICE OF HEARING ON DEBTOR'S MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on August 16, 2021, American Berber, Inc. ("Debtor") filed its *Motion to Dismiss Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code* (the "Motion").

**PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Motion on the 8th day of September, 2021 at 9:25 a.m., in Courtroom 342, United States Courthouse, 600 East First Street, Rome Georgia 30161.** *The calendar call will be telephonic, and the hearing will be held in Judge Ellis-Monro's virtual hearing room or in person at the option of the person appearing. Please check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-ellis-monro) prior to the hearing for information about procedures.*

Your rights may be affected by the Court's ruling on the Motion. You should read the pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 600 East First Street, Rome, GA 30161.

This 16th day of August, 2021.

JONES & WALDEN LLC
*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300 Telephone
ljones@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN BERBER, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 19-41154-BEM[1] |

**MOTION TO DISMISS DEBTOR'S CHAPTER 11 CASE
PURSUANT TO SECTION 1112(b) OF THE BANKRUPTCY CODE**

COMES NOW American Berber, Inc. ("Debtor"), by and through the undersigned counsel, and hereby files this "*Motion to Dismiss Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code*" (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

**SUMMARY OF REQUESTED RELIEF**

**Jurisdiction**

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

2. On May 15, 2019, Howard Johnson, the Debtor's principal, filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), initiating Case No. 19-41149.

---

[1] An Order was entered on August 29, 2019 substantively consolidating the case of American Carpet Group, Inc., Case No. 19-41150 with the bankruptcy case of American Berber, Inc., Case No. 19-41154.

3. On May 15, 2019, American Carpet Group, Inc. filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code, initiating Case No. 19-41150.

4. On May 16, 2019, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the Bankruptcy Code, initiating Case No. 19-41154.

5. On August 29, 2019, the Court substantively consolidated the cases of American Carpet Group, Inc., Case No. 19-41150 with the bankruptcy case of American Berber, Inc., Case No. 19-41154 (Doc. No. 63).

## Howard Johnson Plan

6. On June 10, 2020, Mr. Johnson filed his plan of reorganization (Johnson Doc. No. 82). The Johnson Plan was amended on July 17, 2020 (Johnson Doc. No. 103) and then amended and restated on July 21, 2020 (Johnson Doc. No. 106) (the "Johnson Plan"). The Johnson Plan provided for payment in full of Mr. Johnson's undisputed creditors holding claims of $191,002.37 (Class 4), and payment in full of any disputed creditors if there was a finally allowed claim in such creditor's favor. This included Joseph Farless (Class 5) and Mitch Smith (Class 6). All Class 4 creditors voted in favor of the Johnson Plan and Mr. Farless voted in favor of the Johnson Plan (Johnson Doc. No. 105) (certification of ballots).

7. On July 23, 2020, the Court confirmed the Johnson Plan. (Johnson Doc. No. 107).

8. On October 7, 2020, Mr. Johnson filed an Application for Final Decree. (Johnson Doc. No. 122).

9. The Court granted the Final Decree on November 16, 2020 (Johnson Doc. No. 126) and the case was closed.[2]

---

[2] Joseph Farless filed a Motion to Reopen Howard E. Johnson's Chapter 11 Bankruptcy Case on July 26, 2021. (Johnson Doc. No. 128). Mr. Johnson objected to such motion, as it is untimely, and even if the allegations in such motion are correct, which Mr. Johnson disputes, the Court could

## Smith Adversary Proceeding

10. On November 7, 2019, Debtor and Mr. Johnson filed an adversary proceeding against James Mitchell Smith, adversary proceeding no. 19-4230.

11. The Court approved a settlement of this adversary proceeding on July 20, 2021, whereby Mr. Smith would make a payment to Debtor's estate of $37,500 and all parties would include mutual releases, including a waiver by Mr. Smith of any claim under Section 502(h) of the Bankruptcy Code against either American Berber or Mr. Johnson. (Doc. No. 188).

12. The parties stipulated to dismissal with prejudice in accordance with that settlement (Adv. Proc. No. 19-4230, Doc. No. 65).

## Farless Adversary Proceeding

13. On May 15, 2019, Mr. Johnson removed from the Superior Court of Gordon County, Georgia to this Court the case of *Joseph Farless v. Howard E. Johnson, individually and d/b/a American Extruders, American Berber, Inc. and American Carpet Group, Inc.*, initiating Adversary Proceeding No. 19-4027 (the "Farless Adversary").

14. Mr. Farless sought an emergency motion to enforce the temporary restraining order entered by the Superior Court (Farless Adversary Doc. No. 7) but later voluntarily withdrew such request (Farless Adversary Doc. No. 13).

15. Both Mr. Farless' and Mr. Johnson' depositions have been taken, discovery is closed, and the pre-trial order was entered on May 5, 2020 (Doc. No. 38).

16. By the request of the parties, mediation was conducted on the Farless Adversary. Such mediation was not successful.

---

not grant substantive relief. (Johnson Doc. No. 131). The hearing on such motion is currently scheduled for August 25, 2021 at 9:25 am.

**Current Status of This Case**

17. On October 12, 2020, Debtor filed its Disclosure Statement (Doc. No. 112) and Plan of Reorganization (Doc. No. 113). Such Disclosure Statement was supplemented and such Plan was modified on January 14, 2021 (Doc. Nos. 139 and 140).

18. On November 17, 2020, the United States Trustee filed a Motion for Appointment of a Chapter 11 Trustee or Examiner (Doc. No. 119). On February 25, 2021, the Court granted the request for appointment of an examiner (Doc. No. 147). Gary Murphy was appointed as Examiner (Doc. No. 148).

19. On June 11, 2021, the Examiner filed his Final Report.

20. On July 22, 2021, the United States Trustee filed a motion to convert case to Chapter 7 or alternatively for the appointment of a Chapter 11 Trustee (Doc. No. 190). The Court set such motion for evidentiary hearing on September 1, 2021.

21. Debtor requests the Court dismiss Debtor's case pursuant to 11 U.S.C. §1112(b).

**STATUTORY PREDICATES**

22. Under Section 1112(b) of the Bankruptcy Code, a court may dismiss a debtor's Chapter 11 case "for cause." 11 U.S.C. § 1112(b); *In re Albany Partners, Ltd.*, 749 F.2d 670, 674 (11th Cir. 1984); *In re Blunt*, 236 B.R. 861, 864 (Bankr. M.D. Fla. 1999). Section 1112(b) states, in pertinent part:

> (b)…on request of a party in interest, and after notice and a hearing, the court shall…dismiss a case under this chapter…for cause…

11 U.S.C. § 1112(b). A determination of cause is made by the court on a case-by-case basis. *See Albany Partners*, 749 F.2d at 674. In addition, a bankruptcy court is not required to explain its reasons for dismissal in detail because such decisions are particularly delegated to the bankruptcy

court's sound discretion. *See In re Camdon Ordnance Mfg. Co. of Arkansas, Inc.*, 1999 WL 587790, at *2 (Bankr. E.D. Pa. 1999) (citing *In re Atlas Supply Corp.*, 837 F.2d 1061, 1063 (5th Cir. 1988)). Therefore, it is clear that the Court is authorized to dismiss the Debtor's Chapter 11 case upon a showing of "cause."

23. The legislative history of Section 1112(b) indicates that a court has wide discretion to use its equitable powers to dispose of a debtor's case. H.R.Rep. No. 595, 95th Cong., 1st Sess. 405 (1977); S.Rep. No. 989, 95th Cong., 2d Sess. 117 (1978), reprinted in 1978 U.S.C.C.A.N. 5787, *see also In re Preferred Door Co.*, 990 F.2d 547, 549 (10th Cir. 1993) (a court has broad discretion to dismiss a bankruptcy case); *In re Sullivan Cent. Plaza I, Ltd.*, 935 F.2d 723, 728 (5th Cir. 1991) (determination of whether cause exists under Section 1112(b) "rests in the sound discretion" of the bankruptcy court); *In re Koerner*, 800 F.2d 1358, 1367 & n. 7 (5th Cir. 1986) (bankruptcy court is afforded "wide discretion" under Section 1112(b); *Albany Partners*, 749 F.2d at 647. For reasons more fully explained below, the Court should use its grant of broad authority to dismiss the Debtor's Chapter 11 case.

24. Section 1112 provides a nonexclusive list of grounds for dismissal. 11 U.S.C. § 1112; *Frieouf v. U.S.*, 938 F.2d 1099, 1102 (10th Cir. 1991) (Section 1112's list is non-exhaustive); *Blunt*, 236 B.R. at 864. Cause for dismissal of bankruptcy case is not limited to examples enumerated in 11 USCS § 1112 but is a matter of discretion for court. *In re Mid-Valley Aggregates, Inc.* 49 BR 498 (Bankr. D. N.D. 1985).

25. Courts have found cause for dismissal where no bankruptcy purpose would be served by the continuation of the case. *See In re Forum Health*, 444 B.R. 848, (Bankr. N.D. Oh. 2011). Thus, the Court may dismiss the Debtor's Chapter 11 case where it is reasonably shown that there is no bankruptcy purpose served by continuation of the bankruptcy.

26. Dismissal of this case will not affect James Mitchell Smith, as any claim held by Mr. Smith has been resolved and released in the settlement agreement approved by the Court, as discussed above.

27. Dismissal of this case will not affect Joseph Farless, as any claim held by Mr. Farless, as finally allowed by the Court in the Farless Adversary will be paid in full under the Johnson Plan.

28. Creditors who have filed proofs of claims are:

| Creditor | Claim No. | Amount |
|---|---|---|
| W.W. Grainger, Inc. | 1 | $0.00[3] |
| Averitt Express | 2 | $79.20 |
| The McCurry Law Firm, LLC | 3 | $0.00[4] |
| Whitfield Electric Motor Sales | 4 | $12,598.84 |
| Georgia Machine | 5 | $4,465.00 |
| Osterman Propane LLC | 6 | $875.58 |
| H&H Sales Inc. | 7 | $2,533.47 |
| Oerlikon | 8 | $11,788.93 |
| IRS | 9 | $30,345.76 |
| Metal Crafters AG, Inc. | 10 | $6,474.95 |
| First Source Worldwide, LLC | 11 | $5,545.06 |
| ProGlobal Products LLC | 12 | $5,690.92 |
| Marketing Alliance Group Inc. | 13 | $750.00 |
| Bill Smitherman CPA LTD | 14 | $5,050.00 |
| eShipping LLC | 15 | $18,918.27 |
| Southeastern Freight Lines | 16 | withdrawn* |
| Fastenal Company | 17 | $252.46 |
| FILPA USA, Inc. | 18 | $65,235.72 |
| Lawson Electric Co., Inc. | 19 | $19,886.00 |
| Camden Flooring Co. | 20 | $261,730.00 |
| Joseph Farless | 21 | $0.00[5] |
| Caylor Industrial Sales, Inc. | 22 | $269.21 |
| ADD-BAC | 23 | $0.00 |
| Tom Mathis | 24 | $0.00[6] |

---

[3] To be paid in full under the Johnson Plan.
[4] To be paid in full under the Johnson Plan.
[5] To be paid in full under the Johnson Plan if a final claim is determined by the Court.
[6] To be paid in full under the Johnson Plan.

| Creditor | Claim No. | Amount |
|---|---|---|
| Georgia Power Company | 25 | $0.00[7] |
| TN Dept of Labor - Bureau of Unemployment Ins | 26 | $1,053.58 |
| Polymer Solutions Group Finance, LLC | 27 | $79,980.18 |
| **Total** | | $533,523.13 |

29. As the Examiner highlights in his report, Debtor has been unable to continue operating and has ceased operations. Debtor agreed with Examinate that there is no viable prospect of reorganization or of continued operations.

30. Current outstanding administrative expenses exceed any available assets of the estate.

31. Debtor believes that the liquidation value of the assets will not be sufficient to pay all such administrative claims in full.

32. Accordingly, Debtor does not anticipate that there will be anything for unsecured, non-priority creditors after administrative expenses are paid. The Debtor does not need to continue to incur the administrative costs of continuing in bankruptcy, as such will not serve any bankruptcy purpose.

33. Appointment of a Chapter 7 trustee or a Chapter 11 trustee will merely add an additional layer of administrative expenses to this case.

34. Dismissal of Debtor's Chapter 11 case is preferred in this instance because the administrative costs associated with Debtor's estate remaining in a Chapter 11 case or the appointment of a Chapter 7 trustee would be significant and unnecessary.

---

[7] To be paid in full under the Johnson Plan.

## **NOTICE**

35. Notice of this Motion shall be given to (a) the Office of the United States Trustee and (b) all creditors and (c) all parties in interest.

## **CONCLUSION**

WHEREFORE, the Debtor respectfully requests that this Court enter an Order (a) dismissing the Debtor's Chapter 11 case under Section 1112(b) of the Bankruptcy Code, and (b) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 16th day of August, 2021.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300 Telephone
(404) 564-9301 Facsimile
ljones@joneswalden.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN BERBER, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 19-41154-BEM |

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, the *Motion to Dismiss Debtor's Chapter 11 Case Pursuant to 1112(b) of the Bankruptcy Code* and *Notice of Hearing for Debtor's Motion to Dismiss Debtor's Chapter 11 Case Pursuant to 1112(b) of the Bankruptcy Code* electronically filed using the Bankruptcy Court's Electronic Case Filing program, which sends notices of and accompanying links to the Notice and Motion to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Matthew R. Brooks**    matthew.brooks@troutmansanders.com
- **Erich N. Durlacher**    edurlach@burr.com, awyatt@burr.com
- **Timothy M. Gibbons**    tgibbons@chamblisslaw.com, jgranillo@chamblisslaw.com
- **Michael D. Hurtt**    hurttnotices@windstream.net;hurttecfnotices@gmail.com;G17451@notify.cincompass.com
- **David W. Johnson**    david@hurttlaw.com, david.johnson8@gmail.com;G17451@notify.cincompass.com
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov
- **Vanessa A. Leo**    ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
- **Jeffrey W. Maddux**    jmaddux@chamblisslaw.com, lthreadgill@chamblisslaw.com;mculp@chamblisslaw.com;sbarham@chamblisslaw.com;gfairbanks@chamblisslaw.com;ttucker@chamblisslaw.com;gchambers@chamblisslaw.com;cgarrett@chamblisslaw.com
- **Gary M. Murphey**    murphey@rfslimited.com
- **Martin P. Ochs**    martin.p.ochs@usdoj.gov
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **Thomas D. Richardson**    Tdr82454@gmail.com;TRichardson@Brinson-Askew.com
- **Thomas R. Walker**    thomas.walker@fisherbroyles.com
- **Stuart Freeman Wilson-Patton**    agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov
- **Adolyn C. Wyatt**    dsteiger@burr.com

I further certify that I served a true and correct copy of the foregoing *Motion to Dismiss Debtor's Chapter 11 Case Pursuant to 1112(b) of the Bankruptcy Code* and *Notice of Hearing* by

depositing a copy of the same in the United States Mail postage prepaid on all parties referenced on the attached mailing matrix and on the parties listed below.

| Southeastern Freight Lines Inc<br>PO Box 1691<br>Columbia, SC 29202 | Jesse Vaughn<br>109 West Hicks Street<br>Calhoun, GA 30701 |

This 16th day of August, 2021.

**JONES & WALDEN LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
ljones@joneswalden.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 19-41154-bem<br>Northern District of Georgia<br>Rome<br>Mon Aug 16 16:07:24 EDT 2021 | ADD-BAC<br>PO Box 665<br>Dalton, GA 30722-0665 | American Berber, Inc.<br>PO Box 430<br>Calhoun, GA 30703-0430 |
| Auto Plus Auto Parts<br>424 S Wall St<br>Calhoun, GA 30701-2432 | Averitt Express<br>PO Box 3166<br>Cookeville TN 38502-3166 | Barr Credit Services<br>5151 E Broadway Blvd<br>Suite 800<br>Tucson, AZ 85711-3775 |
| Bill Smitherman CPA LTD<br>706 S Thornton Ave<br>Suite A<br>Dalton, GA 30720-8212 | Braun's Express<br>10 Tandem Way<br>Hopedale, MA 01747-1544 | |
| Burr & Forman LLP<br>171 17th Street NW<br>Suite 1100<br>Atlanta, GA 30363-1029 | Calhoun LP Gas<br>1600 Hwy 41 South, SE<br>Calhoun, GA 30701-3621 | Calhoun Wholesale Supply<br>200 West Line Street<br>Calhoun, GA 30701-1816 |
| Camden Flooring Co.<br>1300 Route 38<br>Cherry Hill, NJ 08002-2863 | Carpet Capital Fire Protection<br>PO Box 3325<br>Dalton, GA 30719-0325 | Caylor Industrial Sales, Inc<br>PO Box 4659<br>Dalton, GA 30719-1659 |
| | Christopher Carr<br>Attorney General of Georgia<br>40 Capitol Square SW<br>Atlanta, GA 30334-9057 | D & W Paper Tube Inc<br>PO Box 1484<br>245 Duvall Road<br>Chatsworth, GA 30705-2066 |
| Delta Distribution<br>5633 52nd Street SE<br>Grand Rapids, MI 49512-9600 | | FILPA USA, Inc.<br>Beth E. Rogers<br>100 Peachtree Street, Suite 1950<br>Atlanta, GA 30303-1919 |
| Joseph Farless<br>Hixson, TN 37343 | Fastenal<br>145 Marine Drive SE<br>Calhoun, GA 30701-3689 | Fastenal Company<br>2001 Theurer Blvd.<br>Winona, MN 55987-9902 |
| First Source Worldwide, LLC<br>1524 S Commerical St<br>Neenah, WI 54956-4999 | Georgia Department of Labor<br>Mark Butler<br>148 Andew Young Int. Ste 900<br>Atlanta, GA 30303-1733 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Machine<br>145 Gee Road<br>Calhoun, GA 30701-8808 | | |

```
Grady Stafford                    Greenville Colorants              Gregory Kinnamon
PO Box 907                        90 Patterson Street               P.O. Box 6178
Resaca, GA 30735-0907             New Brunswick, NJ 08901-2109      Dalton, GA 30722-6178


H&H Sales Inc.                    Holston Gases
dba Morgan Lee Supply             380 Hollywood Drive
David Houston                     Dalton, GA 30721-9022
2590 Abutment Rd.
Dalton, GA 30721-4884


Internal Revenue Service          Internal Revenue Service
P. O. Box 7346                    Central Insolvency Office
Philadelphia, PA 19101-7346       401 W. Peachtree St., NW
                                  Atlanta, GA 30308


                                  Joseph Farless                   Lawson Electric Co., Inc.
                                  7586 Nelson Spur Road            Attn: Treena Hixon
                                  Hixson, TN 37343-1892            409 Spring Street
                                                                    Chattanooga, TN 37405-3848


                                                                    Marketing Alliance Group Inc.
                                                                    c/o Barr Credit Services
                                                                    Suite 800
                                                                    5151 E. Broadway Blvd.
                                                                    Tucson AZ 85711-3775


Mayer                                                               McMaster-Carr Supply Company
P.O. Box 896537                                                     1901 Riverside Parkway
Charlotte, NC 28289-6537                                            Douglasville, GA 30135-3150


Metal Crafters                                                      Morgan Lee Supply
PO Box 451                                                          2590 Abutment Road
50 Pannell Drive                                                    Dalton, GA 30721-4884
Chatsworth, GA 30705-0451


Motion Industries                                                   Oerilkon
305 Lakeland Road SE                                                8801 South Boulevard
Dalton, GA 30721-1958                                               Charlotte, NC 28273-6931



                                                                    Osterman Propane LLC
                                                                    PO Box 29
                                                                    Whitinsville, MA 01588-0029


Phoenix Chemical Company LLC      Polymer Solutions Group Finance, LLC   ProGlobal Products LLC
202 Gee Street                    d/b/a Phoenix Chemical Company         Coface North America Insurance Company
Calhoun, GA 30701-8807            Matthew G. Roberts                     650 College Road East, Suite 2005
                                  600 Peachtree St, NE Ste 3000          Princeton, NJ 08540-6779
                                  Atlanta, GA 30308-2305
```

ProGlobal Products LLC
P.O. Box 1432
Dalton, GA 30722-1432

Robert G. McCurry
402 N. Selvidge Street
Dalton, GA 30720-3127

Rockholt Equipment Inc
PO Box 873
Dalton, GA 30722-0873

Santek Waste Services
PO Box 180600
Chattanooga, TN 37406-7600

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Southeastern Freight Lines
PO Box 1691
Columbia, SC 29202-1691

Steven Kudatzky
8000 Sagemore Drive, Suite 8302
Sagemore Corporate Center
Marlton, NJ 08053-3941

Techmer PM Polymer Modifiers
PO Box 741651
Atlanta, GA 30374-1651

The McCurry Law Firm, LLC
402 N. Selvidge Street
Dalton, GA 30720-3127

Thomas Mathis
213 Cabin Creek Ct
Woodstock, GA 30189-2528

Tom Mathis
c/o Michael D. Hurtt
Hurtt & Johnson, LLC
PO Box 1304
Dalton, GA 30722-1304

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S.  Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20350-0001

U.S. Attorney
600 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Postal Service
PO Box Fee Payment
Calhoun, GA 30701

W.W. Grainger, Inc.
401 S Wright Rd W43.C37
Janesville WI 53546-8729

Xpress Global Systems
P.O. Box 24628
Chattanooga, TN 37422-4628

Watkins & Shepard Trucking Inc.
P.O. Box 775413
Chicago, IL 60677-5413

Waycaster & Allred
P.O. Box 628
Dalton, GA 30722-0628

(p)CAROL HICKS
ATTN WHITFIELD ELECTRIC MOTOR SALES
926 E MORRIS ST
DALTON GA 30721-3558

Xpress Paper & Chemical LLC
PO Box 804
Calhoun, GA 30703-0804

ESHIPPING LLC
ATTN ESHIPPING
10812 NW HIGHWAY 45
PARKVILLE MO 64152-3112