**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **American Berber, Inc.,** | **19−41154−bem** |
| | CHAPTER: **11** |
| Debtor(s) | |

## NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:**  Howard E. Johnson
**Proposed Transferor:**  Bill Smitherman CPA
Owner of claim per Court records:  Bill Smitherman CPA LTD
Claim Number(s)  14

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated October 27, 2021

*[signature]*

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428