IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**AMERICAN BERBER, INC.**<br><br>     Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-41154-bem** |

**REPORT OF SALE OF REAL PROPERTY
AND APPLICATION FOR APPROVAL OF PROPOSED DISTRIBUTIONS**

American Berber, Inc. (the "**Debtor**") submits this *Report of Sale and Application for Approval of Proposed Distributions* (the "Application") regarding the real property located at 180 N. Industrial Boulevard, Calhoun, Georgia owned by Howard E. Johnson (the "**Property**"), and respectfully shows the Court as follows:

1.  The Debtor filed a voluntary petition for relief under chapter 11 on May 16, 2019, and has continued in the possession of its assets and the operation of its business as Debtor-in-Possession.

2.  On July 22, 2021, the United States Trustee filed a Motion to Convert to Chapter 7, or in the Alternative Appointment of a Chapter 11 Trustee (Doc. No. 190).

3.  On August 16, 2021, Debtor filed a Motion to Dismiss Pursuant to Section 1112(b) (Doc. No. 208).

4.  On September 21, 2021, the Court entered an Interlocutory Order on the above motions (Doc. No. 213) (the "Interlocutory Order"). As evidenced by his signature to the Interlocutory Order, Howard E. Johnson ("Mr. Johnson") agreed to escrow $1,000,000.00 (the "Escrowed Funds") with Jones & Walden LLC to be disbursed only by further order of the Court.

1

5. The Interlocutory Order further required the Debtor to file no later than ten days after the closing of the sale this report of sale together with proposed distributions of such Escrowed Funds with the Court.

### Closing on 180 N. Industrial Blvd Property

6. Mr. Johnson entered into a contract to sell the Property for $2,356,000.00.

7. On December 9, 2021, Mr. Johnson closed on the sale of the Property.

8. On December 9, 2021, Jones & Walden LLC received the wire for the Escrowed Funds in the amount of $1,000,000.00. Such funds are currently held in the firm's IOLTA account.

9. Separate and apart from the Escrowed Funds, the closing attorney also wired $285,000.00 to Sparky Kelehear to hold in his trust account pursuant to an order of the Superior Court of Gordon County in *Jennifer Harris, Marshall B. Harris and Robert Miller v. Howard "Skip" Johnson*, Case No. 21-cv-71705.

10. Terry Brumlow, Esq., the closing attorney, also escrowed $75,000.00 based on a purported lien filed the day of closing by Monte Sanders, a real estate broker. A hearing is set on a Motion to Cancel and Set Aside Such Lien on December 28, 2021 at 9:00 am in Gordon County Superior Court. If the Superior Court grants the motion, the $75,000.00 will be subsequently disbursed to Mr. Johnson.

11. The remaining amounts, less ordinary closing expenses, in the amount of $959,257.92 have been disbursed to Mr. Johnson. A true and correct copy of the closing statement evidencing such disbursements is attached as **Exhibit A**.

**Proposed Distributions from the Escrowed Funds**

12.  As a general matter, Debtor proposes to disburse funds from the Escrowed Funds to pay the following category of expenses: (i) professional fees, administrative expenses, and tax claims, (ii) subsequently-approved administrative expenses, (iii) the claim of Joe Farless, if any, and (iv) for all remaining funds to be paid to Howard Johnson as return of such unused funds to the settler of the Escrowed Funds.

13.  <u>Tax Claims</u>: Specifically, Debtor proposes to make the following distributions to tax claimants from the Escrowed Funds within 14 days of entry of the Court's order approving this Application and such distributions:

| Payor | Basis | Amount |
|---|---|---|
| Internal Revenue Service | AB POC 9 | $30,345.76 |
| Internal Revenue Service | ACP POC 7 | $2,200.00 |
| Tennessee Department of Labor | AB POC 26 | $1,053.58 |
| **Total** | | **$33,599.34** |

14.  Professional Compensation: Debtor shows that the following unpaid compensation has been approved to date on an interim basis:

| | | |
|---|---|---|
| Jones & Walden LLC | Unpaid Approved Administrative Expense | $34,633.00 |
| Gary Murphy (Examiner) | Unpaid Approved Administrative Expense | $6,840.00 |
| Burr & Forman (Attorneys for Examiner) | Unpaid Approved Administrative Expense | $20,029.20 |
| Resurgence Financial (Financial Consultants for Examiner) | Unpaid Approved Administrative Expense | $9,226.30 |

15. <u>Payment to Professionals</u>: Debtor proposes to make the distributions to professionals from the Escrowed Funds within 14 days of a final order approving any final applications for administrative expenses:

| Payor | Basis | Amount |
|---|---|---|
| Jones & Walden LLC | Approved Administrative Expense | To be determined by the Court |
| Gary Murphy | Approved Administrative Expense | To be determined by the Court |
| Burr & Forman | Approved Administrative Expense | To be determined by the Court |
| Resurgence Financial | Approved Administrative Expense | To be determined by the Court |
| **Total** | | To be determined by the Court |

16. <u>U.S. Trustee Fees</u>: Debtor proposes to pay any and all U.S. Trustee fees from the Escrowed Funds as the same become due and payable.

17. <u>Farless Payment</u>: Debtor proposes to make the following distributions from the Escrowed Funds upon 21 days of entry of a final order by the Court resolving the claim of Joe Farless[1].

| Payor | Basis | Amount |
|---|---|---|
| Joseph Farless | Court's Order | The amount, if any, shall be determined by the Court. Farless shall be paid any such allowed amount from the remaining balance of the Escrowed Funds. To the extent any award exceeds the remaining balance of the Escrowed Funds, |

---

[1] The trial is currently scheduled for March 14-18, 2022 in the adversary proceeding styled Joseph Farless v. Howard E. Johnson, individually and d/b/a American Extruders, American Berber, Inc., and American Carpet Group, Inc., Adv. Proc. No. 19-4027-bem.

|  |  | Farless shall be entitled to recover the same as provided by law. |
|---|---|---|

18. <u>Release of Escrow</u>: Debtor proposes to make the following distributions from the Escrowed Funds after payment of any amount due Joe Farless under the preceding paragraph or determination by final order not subject to appeal that no amount is due Joe Farless:

| Payor | Basis | Amount |
|---|---|---|
| Howard E. Johnson | Return of any unused Escrowed Funds to the settler of the Escrowed Funds | Any remaining balance of the Escrowed Funds after the payment of the claim of Joe Farless and all other amounts set forth above. |

19. Contemporaneously herewith, Debtor is filing a motion to expedite the hearing on this Report of Sale and Proposed Distributions.

20. A proposed order granting this application is attached as **Exhibit B.**

WHEREFORE, Debtor requests that the Court (a) enter an order approving the distributions proposed in this Report (substantially in the form attached as Exhibit B), and (b) grant such other relief as is just and proper.

Respectfully submitted this 10th day of December, 2021.

**JONES & WALDEN LLC**

<u>/s/ Thomas T. McClendon</u>
Thomas T. McClendon
Ga. Bar No. 431452
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300 Telephone
tmcclendon@joneswalden.com
*Attorney for Debtor*

# Exhibit "A"

A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0265 

### B. Type of Loan

| | | | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 1121G695 | | |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| MetalMax, LLC<br>900 Cpt Joe Fulghum Dr<br>Murfreesboro, TN 37129 | Howard E. Johnson<br>P.O. Box 430<br>Calhoun, GA 30703 | |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 180 North Industrial Boulevard NE<br>Calhoun, GA 30701<br>LL95/14/3/9.91acres<br>MapReference#CG42A-070 | Brumlow, Corwin & Deleshmit, P.C.<br>1287 Curtis Pkwy SE, Calhoun GA 30701 | |
| | Place of Settlement<br>(706) 625-0672<br>1287 Curtis Parkway SE<br>Calhoun, GA 30701 | I. Settlement Date<br>12/08/2021<br>DD: 12/08/2021 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 2,356,000.00 | 401. Contract sales price | 2,356,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 49,807.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes   12/08/21 to 12/31/21 | 214.55 | 406. City/town taxes   12/08/21 to 12/31/21 | 214.55 |
| 107. County taxes   12/08/21 to 12/31/21 | 100.78 | 407. County taxes   12/08/21 to 12/31/21 | 100.78 |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 2,406,122.33 | 420. GROSS AMOUNT DUE TO SELLER | 2,356,315.33 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 25,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 3,350.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Security Deposit for Elite Lease | 8,000.00 | 506. Security Deposit for Elite Lease | 8,000.00 |
| 207. | | 507. Lis Pendens Consent Order | 285,000.00 |
| 208. | | 508. 2019-2021 County Tax Bills CG42A-070 | 5,873.79 |
| 209. | | 509. 2019-2021 City Tax Bills CG42A-070 | 12,033.62 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes   to | | 511. County taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. Bankruptcy Court Escrow | 1,000,000.00 |
| 214. | | 514. December Rent - Elite Equipment Inc | 8,000.00 |
| 215. | | 515. Realtor Lien Escrow | 75,000.00 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 33,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 1,397,057.41 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 2,406,122.33 | 601. Gross amount due to seller (line 420) | 2,356,315.33 |
| 302. Less amounts paid by/for borrower (line 220) | 33,000.00 | 602. Less reduction amount due to seller (line 520) | 1,397,057.41 |
| 303. CASH   FROM   BORROWER | 2,373,122.33 | 603. CASH   TO   SELLER | 959,257.92 |



form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT

PAGE 2

L. SETTLEMENT CHARGES: File Number: 1121G685

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $       @       = | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $       to | | | |
| 702. | $       to | | | |
| 703. | Commission paid at Settlement | | | |
| 704. | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. | Loan Origination Fee       % | | | |
| 802. | Loan Discount       % | | | |
| 803. | Appraisal Fee       to | | | |
| 804. | Credit Report       to | | | |
| 805. | Lender's Inspection Fee       to | | | |
| 806. | Mtg. Ins. Application Fee       to | | | |
| 807. | Assumption Fee       to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. | Interest from       to       @$       /day | | | |
| 902. | Mortgage Insurance Premium       to | | | |
| 903. | Hazard Insurance Premium       yrs. to | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. | Hazard Insurance       mo. @$       /mo. | | | |
| 1002. | Mortgage Insurance       mo. @$       /mo. | | | |
| 1003. | City property taxes       mo. @$       /mo. | | | |
| 1004. | County property taxes       mo. @$       /mo. | | | |
| 1005. | Annual Assessments       mo. @$       /mo. | | | |
| 1006. |        mo. @$       /mo. | | | |
| 1007. |        mo. @$       /mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | |
| 1100. | TITLE CHARGES | | | |
| 1101. | Settlement or closing fee       to Brumlow, Corwin & Delashmit, P.C. | | 400.00 | |
| 1102. | Abstract or title search       to | | | |
| 1103. | Title examination       to Brumlow, Corwin & Delashmit, P.C. | | 250.00 | |
| 1104. | Title Insurance binder       to | | | |
| 1105. | Document preparation       to Brumlow, Corwin & Delashmit, P.C. | | | 250.00 |
| 1106. | Notary fees       to | | | |
| 1107. | Attorney's fees       to Brumlow, Corwin & Delashmit, P.C. | | | 3,000.00 |
| | (includes above item No:       ) | | | |
| 1108. | Title Insurance       to Fidelity National Title Insurance Company | | 4,594.20 | |
| | (includes above item No:       ) | | | |
| 1109. | Lender's coverage | | | |
| 1110. | Owner's coverage       2,356,000.00 — 4,594.20 | | | |
| 1111. | Insured Closing Letter Fee | | | |
| 1112. | Attorney Fees       Hudson, Reed & Christiansen, PLLC | | 42,181.80 | |
| 1113. | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. | Recording fees       Deed $ 25.00       ; Mortgage $       ; Releases $ | | 25.00 | |
| 1202. | City/county/stamps       Deed $       ; Mortgage $ | | | |
| 1203. | State tax/stamps       Deed $       ; Mortgage $ | | | |
| 1204. | Transfer Tax       Deed $ 2,356.00       ; Mortgage $ | | 2,356.00 | |
| 1205. | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. | Survey       to | | | |
| 1302. | Pest Inspection       to | | | |
| 1303. | Recording and Handling       Brumlow, Corwin & Delashmit, P.C. | | | 100.00 |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES       (enter on lines 103 and 502, Sections J and K) | | 49,807.00 | 3,350.00 |



form HUD-1 (3/86) ref Handbook 4305.2

## ACKNOWLEDGEMENT AND RECEIPT OF SETTLEMENT STATEMENT

DATE: 12/8/21

PURCHASER/BUYER: METALMAX, LLC

SELLER: Howard E. Johnson

PROPERTY ADDRESS: 180 North Industrial Avenue, Calhoun, GA 30701

Purchaser and Seller acknowledge that each has received, reviewed, and approved the entries appearing on the Settlement Statement, and each acknowledge receipt of a copy of same. Seller acknowledges receipt and payment in full of the proceeds due Seller from the settlement. Seller warrants the correctness of all payoff amounts for outstanding liens and encumbrances; if any deficiency occurs, Seller shall promptly remit the same to the settlement agent.

If the proration of taxes and assessments was made based on estimated amounts prior to receipt of current actual bills, Purchaser and Seller agree to adjust the prorations shown on the Settlement Statement between themselves when current actual bills are received. The payment of all outstanding taxes and assessments not paid at settlement are assumed by Purchaser.

Purchaser and Seller acknowledge that settlement agent makes no representations as to the status of any outstanding or past due water, sewerage or other utility bills applicable to the property. The status of such items shall be determined by and are the responsibility of the Purchaser and Seller.

Purchaser and Seller agree that should any inadvertent errors or omissions later be discovered in any documents executed at settlement, they shall promptly execute such corrective documents and remit such sums as may be required to adjust or correct such errors or omissions.

Purchaser hereby acknowledges that a real property tax return and application for homestead exemption is required by law and is to be filed with the county tax collector in which the property lies, between January 1 and March 31 of the year immediately following settlement and that such filings are the sole responsibility of Purchaser. Seller warrants that all required tax returns and applicable exemption applications have been filed for the current tax year. Seller further agrees to reimburse Purchaser for any penalties caused by Seller's failure to file a proper and timely tax return.

As part of the consideration of this sale, the contract between the parties is by reference incorporated herein and made a part hereof; the terms and conditions contained therein shall survive the closing and shall not merge upon delivery of the Warranty Deed.

Howard E. Johnson - SELLER

METALMAX, LLC

Brian Berryman, Manager - BUYER
Member/Manager

- SELLER                    - BUYER

- SELLER                    - BUYER

- SELLER                    - BUYER

Brumlow, Corwin & Delashmit, P.C.

BY_____
    Settlement Agent

# Exhibit "B"

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN BERBER, INC.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 19-41154-bem |

### ORDER ON DEBTOR'S REPORT OF SALE OF
### REAL PROPERTY AND NOTICE OF PROPOSED DISTRIBUTIONS

On December 10, 2021, American Berber, Inc.[1] ("Debtor") filed its "Report of Sale and Application for Approval of Proposed Distributions" ("Application") (Doc. No. _____). This case came before the Court on December 21, 2021, following notice to creditors and other parties in interest in accordance with Bankruptcy Rule 2002(a), for a hearing on the Motion. Leon Jones and Tom McClendon appeared on behalf of Debtor. Vanessa A. Leo appeared on behalf of the United States Trustee. **[Additional appearances]** The Debtor's request to approve

---

[1] On August 28, 2019, the Court entered an order substantively consolidating the Chapter 11 cases of American Berber, Inc., case no. 19-41154, and American Carpet Group, Inc., case no. 19-41150, into Debtor's case (Doc. No. 63, as amended, Doc. No. 66).

the proposed disbursements as set forth in the Application is GRANTED, and it is hereby ORDERED as follows:

1. Debtor's proposed disbursements are APPROVED.

2. Notwithstanding 11 U.S.C. § 349(b) or other applicable provisions of Title 11 of the United States Code, Jones & Walden LLC shall disburse the funds held in the firm's IOLTA account in the amount of $1,000,000.00 only in accordance with the terms set forth in the Application as approved by this Order or further order of the Court.

3. The Court retains jurisdiction to enforce this Order.

**End of Document**

Prepared and presented by:

**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue NE
Atlanta, Georgia 30308
(404) 564-9300
tmcclendon@joneswalden.com
Attorney for Debtor


**Distribution List:**

Thomas T. McClendon
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, Georgia 30308

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

American Berber
100 Thomas Street
Calhoun, GA 30703

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

IN RE:

AMERICAN BERBER, INC.

      Debtor.

CHAPTER 11

CASE NO. 19-41154-BEM

## CERTIFICATE OF SERVICE

    I hereby certify that on December 10, 2021, the *Report of Sale of Real Property and Application for Approval of Proposed Distributions* was electronically filed using the Bankruptcy Court's Electronic Case Filing program, which sends notices of and accompanying links to the Notice and Motion to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Matthew R. Brooks**   matthew.brooks@troutmansanders.com
- **Erich N. Durlacher**   edurlach@burr.com, awyatt@burr.com
- **Timothy M. Gibbons**   tgibbons@chamblisslaw.com, jgranillo@chamblisslaw.com
- **Michael D. Hurtt** hurttnotices@windstream.net; hurttecfnotices@gmail.com;G17451@notify.cincompass.com
- **David W. Johnson**   david@hurttlaw.com, david.johnson8@gmail.com;G17451@notify.cincompass.com
- **Lindsay P. S. Kolba**   lindsay.p.kolba@usdoj.gov
- **Vanessa A. Leo**   ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
- **Jeffrey W. Maddux**   jmaddux@chamblisslaw.com, lthreadgill@chamblisslaw.com;mculp@chamblisslaw.com;sbarham@chamblisslaw.com; gfairbanks@chamblisslaw.com;ttucker@chamblisslaw.com;gchambers@chamblisslaw.com;cgarrett@chamblisslaw.com
- **Gary M. Murphey**   murphey@rfslimited.com
- **Martin P. Ochs**   martin.p.ochs@usdoj.gov
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov
- **Thomas D. Richardson**   Tdr82454@gmail.com;TRichardson@Brinson-Askew.com
- **Thomas R. Walker**   thomas.walker@fisherbroyles.com
- **Stuart Freeman Wilson-Patton**   agbankgeorgia@ag.tn.gov, Stuart.Wilson-Patton@ag.tn.gov
- **Adolyn C. Wyatt**   dsteiger@burr.com

6

This 10th day of December, 2021.

                                                  **JONES & WALDEN LLC**

                                                  */s/ Thomas T. McClendon*
                                                  Thomas T. McClendon
                                                  Georgia Bar No. 431452
                                                  Attorney for Debtor
                                                  699 Piedmont Ave NE
                                                  Atlanta, Georgia 30308
                                                  tmcclendon@joneswalden.com