**IT IS ORDERED as set forth below:**



**Date: December 13, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**AMERICAN BERBER, INC.,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 19-41154-BEM**[1] |

**ORDER AND NOTICE OF EXPEDITED HEARING**

On December 10, 2021, American Berber, Inc. ("Debtor") filed a "Motion for Expedited Hearing" (Doc No. 348) (the "Motion"). In the Motion, Debtor requested that the Court set Debtor's *Report of Sale and Application for Approval of Proposed Distributions* (Doc. No. 346) (the "Application") and *Renewed Motion to Dismiss Chapter 11 Case Pursuant to Section 1112(B) of the Bankruptcy Code* (Doc. No. 347) (the "Dismissal Motion") for an expedited hearing.

The Court has reviewed the Motion and considers the request for an expedited hearing to be warranted. Accordingly, it is hereby ORDERED as follows:

---

[1] An Order was entered on August 29, 2019 substantively consolidating the case of American Carpet Group, Inc., Case No. 19-41150 with the bankruptcy case of American Berber, Inc., Case No. 19-41154.

1. The Motion is GRANTED.

2. The Hearing on Debtor's Application and Dismissal Motion will be held on the **21st day of December, 2021, at 11:00 a.m.** in **COURTROOM 1402**, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive (f/k/a Spring Street), S.W., Atlanta, Georgia. **This hearing is being held in Atlanta in a Rome division case.**

3. The hearing will be held in Judge Ellis-Monro's Virtual Hearing Room. Please check Judge Ellis-Monro's website (https://www.ganb.uscourts.gov/content/honorable-barbara-ellis-monro) prior to the hearing for information about procedures.

4. Debtor's counsel shall serve a copy of this Order and Notice via the most expeditious means reasonably practicable upon the Office of the United States Trustee, the Examiner, all creditors, and all parties who have entered an appearance in this matter and shall file a certificate of service reflecting the same.

**[End of Order]**

Order prepared and presented by:
**JONES & WALDEN LLC**
*/s/ Thomas T. McClendon*
Thomas T. McClendon
Georgia Bar No. 431452
699 Piedmont Avenue, NE,
Atlanta, Georgia 30308
(404) 564-9300
(404) 564-9301 Facsimile
tmcclendon@joneswalden.com
Attorney for Debtor