

**IT IS ORDERED as set forth below:**

**Date: December 22, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-41154-BEM |
| AMERICAN BERBER, INC., | |
| Debtor. | CHAPTER 11 |

### ORDER AND NOTICE OF STATUS CONFERENCE

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a status conference in the above-styled case on *Report of Sale of Real Property and Application for Approval of Proposed Distributions* [Doc. 346] and on *Renewed Motion to Dismiss Debtor's Chapter 11 Case Pursuant to Section 1112(b) of the Bankruptcy Code* [Doc. 347] will be held on **January 5, 2022, at 11:00 AM**, in ROOM 342, UNITED STATES COURTHOUSE, 600 EAST FIRST STREET, ROME, GEORGIA.

The Court will hold an initial telephonic hearing for announcements at 833-568-8864; Meeting ID 160 862 0914. Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review

the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**END OF ORDER**

## Distribution List

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Thomas T. McClendon
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Cameron M. McCord
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Erich N. Durlacher
Burr & Forman, LLP
Suite 1100
171 Seventeenth St., NW
Atlanta, GA 30363

Timothy M. Gibbons
Chambliss, Bahner & Stophel, PC
Suite 1700
605 Chestnut Street
Chattanooga, TN 37450

Jeffrey W. Maddux
Chambliss, Bahner & Stophel, P.C.
Liberty Tower - Suite 1700
605 Chestnut Street
Chattanooga, TN 37450

Thomas D. Richardson
Brinson, Askew, Berry, et al
P. O. Box 5007
Rome, GA 30162-5007

Thomas R. Walker
FisherBroyles, LLP
945 East Paces Ferry Rd., NW, Suite 2000
Atlanta, GA 30326

ALL CREDITORS AND PARTIES